James S. Lowrie (USB #2007)
Jessica P. Wilde (USB #11801)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
*jlowrie@joneswaldo.com*
*jwilde@joneswaldo.com*

*Attorneys for Plaintiff Global Freight Systems Co. W.L.L.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>            Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>            Defendants. | **DECLARATION OF ANTHONY DSOUZA**<br><br>Case No. 1:14-cv-00133-TC<br><br>Honorable Tena Campbell |

Anthony Dsouza, being duly sworn, deposes and says:

1.      I am the Head of Operations for plaintiff Global Freight Systems Co. W.L.L.

(Global Freight), a limited liability company organized to do business in Kuwait.

2.      I have personal knowledge of the matters testified to herein.  I have worked at

Global Freight for 10 years and, as the Head of Operations, I have been involved with Al-Morrell

Development, L.L.C. (AMD) from the time that AMD contracted with Global Freight.  I have

coordinated all operations and financial matters relating to this contract at all levels and further, I

have responsibility for collecting what is owed by AMD.  I have reviewed the contract, invoices, written correspondence, and other records pertaining to Global Freight's account with AMD.

3.      I make this declaration in support of Global Freight's motion for partial summary judgment against defendant AMD.

4.      Global Freight is in the business of providing transportation services from suppliers to customers.

5.      During the recent Iraq war, AMD was awarded a government contract to build and operate water-bottling plants for the U.S. military and the commercial market within Iraq. AMD established an office in Kuwait.

6.      AMD contacted Global Freight and solicited Global Freight's services so that it could carry out its government contract.  At the inception of the relationship AMD advised Global Freight of the contract it had obtained from the U.S. military.  The parties negotiated regarding the services that Global Freight would provide to AMD and AMD presented Global Freight with a draft agreement.

7.      On or about July 15, 2011, Global Freight and AMD entered into a Service Provider Agreement (the Agreement) pursuant to which Global Freight was to provide transportation and warehousing services to AMD for a one-year period commencing July 15, 2011.  A copy of the Agreement is attached as Exhibit A.

8.      The Agreement required Global Freight to provide AMD with a warehouse, trucks, drivers and other workers, forklifts, pallets, and containers to facilitate the timely delivery of supplies and equipment to support water-bottling plants located at military and civilian locations in Iraq.

9.      There is a detailed set of performance guidelines in the Agreement that Global Freight was required to follow.  *See* Agreement, Performance Guidelines and Instructions, ¶¶ 1-19; Financial Guidelines and Instructions, ¶¶ 2-17.

10.      The cost of the services depended on, among other things, the number of trucks used, the distance travelled, and the type of cargo transported.

11.      Global Freight performed its obligations under the Agreement in a good and workmanlike manner by providing AMD with transportation services that satisfied the detailed transportation rules and guidelines in the Agreement.  Further, I have reviewed the correspondence between Global Freight and AMD and AMD has never contended that Global Freight did not perform its obligations under the Agreement.

12.      AMD failed to pay amounts owed to Global Freight for the transportation services provided to AMD between October 2011 and July 15, 2012.

13.      I, and others at Global Freight, made several demands for payment.  While AMD continually gave Global Freight excuses for non-payment and assurances that payment would soon be made, AMD has failed and refused to pay Global Freight what is owed under the Agreement.

14.      The total principal amount owed by AMD to Global Freight is $248,675.  All of Global Freight's invoices that were sent to AMD, and have not been paid, are attached as Exhibit B.  Further, a ledger reflecting the amounts owed to Global Freight is attached as Exhibit C.[1]

---

[1]  Some of the invoices that were sent by Global Freight to AMD listed the amount owed in Kuwaiti Dinar and some of the invoices reflected the amount owed in U.S. Dollars.  This is reflected in the ledger attached as Exhibit C.

15.     As of April 21, 2014, Global Freight has been represented by Jones Waldo
Holbrook & McDonough, PC, and Richard Altman, P.C. in connection with this matter.

16.     The total amount paid to Jones Waldo, as of April 22, 2015, is $27,098.40.  There
is an additional $10,169.61 owed to Jones Waldo.  Further, Global Freight retained Richard S.
Altman at the law firm of Reisman, Rubeo, McClure & Altman, LLP, located in Hawthorne,
New York, in connection with its efforts to collect against AMD.  The total amount of fees
incurred in connection with Mr. Altman's representation of Global Freight is approximately
$4,721.50.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true
and correct.

EXECUTED this 31 day of May, 2015.

Anthony Dsouza

1192205.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of June, 2015, **I** caused a true and correct copy

of the foregoing **Declaration of Anthony Dsouza** to be served via the court's electronic filing

system to the following:

    Gary N. Anderson
    gary@jao-law.com
    R. Christian Hansen
    christian@hao-law.com
    Hillyard Anderson & Olsen, P.C.
    595 South Riverwoods Parkway, Suite 100
    Logan, Utah 84321

*/s/ Emily Christensen, legal assistant*

1192205.1

# Exhibit A



<u>Service Provider Agreement</u>
Dated 15 July 2011 ("Agreement")

SCOPE OF WORK:
1. Global Freight Systems CO.W.L.L. Kuwait, a corporation organized and existing under the laws of Kuwait and located at Sultan Ben Essa Complex, Dajeej, Kuwait will provide transportation assets and services to support Al-Morrell Development, a Limited Liability Company (LLC) organized and existing under the laws of the State of Utah, U.S.A. in business to build and operate water-bottling plants for both the U.S. Military and commercial market within Iraq, with an office currently in Kuwait, located in Apt: 1, Block: 10, Building: 220, Street: 6, Jabriya, Kuwait.

CONTRACT LOCATIONS:  Kuwait and Iraq

CONTRACT PARTIES:
1. Al-Morrell Development LLC ("Company")
2. Global Freight Systems CO.W.L.L. ("Service Provider")
3. Company and Service Provider may sometimes be referred to individually as a "Party" or collectively as the "Parties".

CONCEPT:
○ Service Provider will provide Company with sufficient trucks, laborers, forklifts, pallets, and containers to allow Company to deliver in a timely manner all of the supplies, raw materials and equipment required to support the water-bottling plants located, but not limited to the following U.S. Military and civilian installations in Iraq:  Anaconda, Al Asad, Speicher, Victory, Adder, and Erbil (each a "Site" and collectively the "Sites").
○ Company will pay Service Provider in KWD via check or wire transfer to Service Provider's bank account.

PERFORMANCE GUIDELINES AND INSTRUCTIONS:

1. This Agreement is not valid unless executed by Service Provider on or before 15 July 2011 (Kuwait time) and will remain in effect for a period of one (1) year. Commencement of this Agreement will begin on 15 July 2011 through 14 July 2012. In the event that a new Agreement has not been executed on 15 July of the contract year, this Agreement will default to a month by month basis, until a new Agreement has either been executed or notice supplied by Company that the Agreement has been cancelled.
2. Service Provider shall deliver transportation assets such as 40' flat-bed trucks, side-loader trucks, containers, et cetera to locations identified by Company.
3. Service Provider must begin providing transportation assets and services to Company immediately upon execution of this Agreement.  The last date of such execution shall be the "Effective Date" of this Agreement.
4. N/A.
5. Company will give Service Provider a minimum of two (2) days notice for scheduling purposes.  Service Provider will be responsible to 'book' convoy slots with the U.S.

14991 S. Heritagecrest Way, Suite B
Bluffdale, UT 84065
Tel (801) 495-3111

AMD_____  GFS_____



Military convoy control point as needed. For example, if a truck needed to be loaded on April 3, Company would need to request the service of Service Provider by the end of day April 1.

6. Service Provider shall be responsible to load all trucks on or before the day prior to their scheduled departure.

7. Service Provider is responsible for all equipment it operates in the performance of its obligations under this Agreement (including but not limited to daily maintenance, fueling, and repairs). Service Provider is also responsible for recovering damaged or non-functional trucks.

8. Service Provider will ensure that all transportation assets are inspected and approved for use *before* they are provided to Company.

9. Service Provider will provide adequate staff at the Kuwait / Iraq border to manage all aspects of processing Company-sponsored trucks in and out of Iraq.

10. All trucks must meet all applicable U.S. Military Convoy and Company guidelines. Any truck that is rejected for non-compliance shall be assessed a daily rate of 60KWD until that shipment departs on the next rebooked available convoy. For example, if a truck is rejected while at Camp Virginia, the 60KWD rate is in force until that same shipment is once again at Camp Virginia. One hundred percent (100%) of all trucks on convoy must possess a fully operational GPS system to identify locations of specified truck(s). Real time tracking will be provided twice each day by Service Provider at 0900 and 1700 hours (Kuwait time). These GPS systems must be installed and operational within thirty (30) days of contract execution.

11. Service Provider shall provide a dispatcher to monitor and control vehicle movement.

12. Service Provider shall maintain all aspects of a warehouse located in Kuwait for use of staging material and consolidate loads prior to movement to Iraq. The warehouse shall include adequate electricity and be free from pests of any kind. If pest removal is required, Service Provider shall use a licensed pest control operator. This warehouse must be in a secured location and have security personnel on site at the warehouse at all times. Service Provider is prohibited from changing warehouses without the express written consent of Company. Should Service Provider require a change in warehouse location, Service Provider will be responsible for paying all costs associated with the change.

13. Service Provider shall provide a minimum of three (3) fulltime warehouse staff or as needed to complete load outs on schedule. Service Provider is responsible for all expenses for its staff including but not limited to room and board.

14. Service Provider shall provide one (1) seven (7) ton telescopic forklift ("Forklift") and one (1) five (5) ton forklift and fulltime trained operators to be available for services anywhere in Kuwait, but primarily at the warehouse.

15. Service Provider shall provide one (1) fifty (50) ton crane ("Crane") and fulltime trained operators to be available to services anywhere in Kuwait, but primarily at the warehouse.

16. Service Provider shall provide a sufficient number of cleared containers to meet the requirements of this Agreement, such containers to be used exclusively for the transportation use of the Company. The containers must be adequate high-bay containers to ensure the transportation of resin and preforms. Should any container be offloaded



from a truck. Company will be invoiced for the container at a rate of 15 KWD per day until the container is once again loaded onto a truck for transportation purposes.

17. Service Provider shall provide proper accounting of warehouse items as required and identified by Company. At Company's sole option. Service Provider shall adopt the same systems and procedures used by Company.

18. Service Provider will provide to Company scanned copies of delivery notes on the same day of delivery.

19. All trucks must be identified by a truck number placed in the window where it can be seen by Company staff.

20. Termination for Default: If Service Provider is in default of any provision of this Agreement, including but not limited to failing to provide transportation assets within three (3) days after the Effective Date, Company may give Service Provider written notice of default. If Service Provider does not remedy such default within two (2) days after delivery of the written notice, Company may terminate all or any part of this Agreement and may then complete or have others complete all terminated work. Company will pay Service Provider all amounts due for work that was completed in accordance with this Agreement prior to any such termination.

21. Termination for Convenience: Either Company or Service Provider may terminate this Agreement for any or no reason giving the other party to this Agreement at least thirty (30) days written notice, whereupon Company will pay Service Provider all amounts due for work completed in accordance with this Agreement prior to its termination.   During this thirty-day transition period. Service Provider must continue to meet all of its obligations under this Agreement.  Should Service Provider fail to meet any provision of this Agreement, Company may deduct from its final payment to Service Provider any monies that it had to use to meet Service Provider's obligations.

22. This Agreement may not be amended except in writing and properly executed by the Parties hereto. Except as specifically amended, this Agreement shall remain in full force and effect as written.


FINANCIAL GUIDELINES AND INSTRUCTIONS:

1. Undisputed invoices signed by the Service Provider's representative will be the basis of making payment to the Service Provider.

2. All flatbed/container/dry box transport charges are locked for a period of one (1) calendar year from the commencement of this agreement as executed on 15 July 2011 through 14 July 2012.

3. All flatbed/container/dry box transport charges via Military convoy:
   - Anaconda    - fixed rate at 600KWD per truck
   - Al Asad     - fixed rate at 650KWD per truck
   - Speicher    - fixed rate at 650KWD per truck
   - Victory     - fixed rate at 600KWD per truck
   - Adder       - fixed rate at 450KWD per truck

4. All flatbed/container/dry box transport charges via Commercial crossing from Kuwait to Safwan:

14901 S. Heritagecrest Way. Suite B
Bluffdale. UT 84065
Tel (801) 495-3111

AMD _____         GFS _____



- Certificate of Origin and Commercial Invoice Legalization from Chamber of Commerce Kuwait                                        - 6KWD per truck (Varies due to value of cargo.)
- Certificate of Origin and Commercial Invoice Legalization from Iraq Embassy in Kuwait                                          - 95KWD per truck
- Export Documentation – General Customs Kuwait  - 14KWD per truck (Varies due to value of cargo.)
- Export of material  using GFS Export License    - 25KWD per truck
- Loading and Transport from Kuwait to Safwan     - 150KWD per truck
- Customs Clearance at Safwan                     - 140KWD per truck
- Trans load from Kuwait to Iraq Truck            - 42KWD per truck

5. All flatbed/container/dry box transport charges via Commercial crossing from Safwan:
   - Anaconda      - fixed rate at 710KWD per truck
   - Al Asad       - fixed rate at 710KWD per truck
   - Speicher      - fixed rate at 710KWD per truck
   - Victory       - fixed rate at 570KWD per truck
   - Adder         - fixed rate at 460KWD per truck
   - Erbil         - fixed rate at 850KWD per truck

6. Any trips throughout Kuwait for the collection of items to be delivered to the warehouse will be charged to Company at the rate of thirty (30) KWD.

7. Refrigerated containers or 'refers' will be charged to the Company at an additional rate of seventy-five (75) KWD per truck.  Refer will maintain temperature between plus five (5) degrees Celsius to a maximum of minus twenty one (21) degrees Celsius.

8. Offloading and consolidation of 1 x 40 ft flatbed trailer or half lorry or cargo truck will be charged to Company at the rate of ten (10) KWD.

9. Items #6 and #7, if elected by Company, can be covered under a single charge to Company at the rate of five hundred (500) KWD per month for unlimited material collection, loading, unloading and consolidation as needed.

10. Handling of containers received from Kuwait sea port will be charged to Company at the rate of twenty-five (25) KWD per container.

11. Item #9, if elected by Company, can be covered under a single charge to Company at the rate of five hundred (500) KWD per month for unlimited movement of containers from Kuwait sea port.

12. Add-on missions from Site to Site will be assessed as follows:
    - If transport from Site to Site is located within the same Zone (see below) then no added cost will be incurred by company.
    - If transport from Site to Site is located within a different Zone then a single charge to Company will be invoiced at the rate of one hundred (100) KWD to base price listed in Item #3.
    - All add-on missions are without demurrage charge or time restrictions.
    - Zones as defined by Service Provider:
      - i. Zone 1 – Victory
      - ii. Zone 2 – Anaconda, Speicher
      - iii. Zone 3 – No current Site



    iv.  Zone 4 – Al Asad

    v.  Zone 5 – No current Site

    vi.  Zone 6 – Adder

13. Service Provider should only employ drivers who have agreed to do add-on missions and are fully aware of what is required. For any add-on mission that a Service Provider truck driver refuses to perform, Company shall deduct any excess costs that Company incurs from using another trucking company to perform the requested add-on mission that Company would have had to pay Service Provider, if Service Provider truck driver would have performed the requested add-on mission. For example, if Company requested an add-on mission from a Service Provider truck driver and the add-on mission was refused and Company had to pay another trucking company $2,000 for a three (day) add-on mission that would have cost Company one hundred (100) KWD from Service Provider, then company will deduct one hundred (100) KWD from monies owed Service Provider.

14. Company shall pay an additional thirty (30) KWD per day per truck for each truck that is not unloaded within forty-eight hours (48) hours of its arrival at the Site. Service Provider must obtain a signed arrival and departure log from the Site that proves that the truck was not unloaded at least forty-eight hours (48) from the time of its arrival. Company will note the arrival and departure of each truck with the trucks arrival and departure date and time noted. Payment for delayed unloading of trucks is based on twenty-four (24) hour increments.

15. Company will only pay Service Provider for work performed in relation to this Agreement. Company will not make any payments to truck drivers or other individuals or entities employed by or working for Service Provider.

16. Service Provider shall submit invoices for each site on a monthly basis and Company will pay Service Provider thirty (30) days from date of invoicing. Any revision to an already-submitted invoice must contain the previous invoice number plus a dash (-) and a revision number (e.g., -1, -2, -3, et cetera) for each subsequent revision (e.g., 56-1206-1) and state that the invoice replaces the previous invoice (e.g., 56-1206). With the exception of demurrage invoices, on no condition will Company pay Service Provider for invoices submitted for services that were performed thirty (30) days prior to the end of the subsequent month. For example, Company will not pay for services that are invoiced in February for work that was performed prior to January.

17. Service Provider is responsible for paying for its own costs of insurance and for any losses or casualties caused by accidents, acts of war, or theft to their assets whether leased or owned. Service Provider is also responsible for Company assets while unloading / loading Company assets at the Kuwait warehouse and once loaded until the truck has joined a US Military convoy or been shipped via commercial gate. Company may insure or self insure its assets once a truck has joined a convoy. If, however, it is determined that a Service Provider employee damages Company assets due to negligence, Service Provider will reimburse Company for any such damage. Service Provider will not be responsible for Company assets that are damaged due to poor road conditions.

MANAGEMENT REPORTING GUIDELINES AND INSTRUCTIONS:



1. Service Provider must provide to Company timely reports that identify the current location and accumulative duration of all trucks on a daily basis with a monthly summary.
2. Service Provider must provide timely Kuwait warehouse inventory reports as specified by Company.
3. Service Provider must fulfill all badging requirements as dictated from time to time by Company.  Company will provide Service Provider with U.S. Military contacts and documents required to complete badging process, as applicable.
4. Service Provider will provide Company with GPS Tracking Report as required.


By: _____        By: _____
    [Alan Slighting]                     [Joseph Thomas]
AL-MORRELL DEVELOPMENT LLC           GLOBAL FREIGHT SYSTEMS CO.WLL

Its:   Vice President, Supply Chain Management   Its:   General Manager

Date: ___7/19/2011___                Date: ___17-7-2011___


14901 S. Heritagecrest Way, Suite B
Bluffdale, UT 84065
Tel (801) 495-3111

AMD _____        GFS _____

# Exhibit B



**GLOBAL FREIGHT SYSTEMS CO. W.L.L.**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| | | | |
|---|---|---|---|
| **Customer** | : 1101800001  – C000073 | **Invoice Number** | : 118 - 20141010378 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT | **Date** | : 31-JAN-12 |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN | **Payment Due Date** | : 31-JAN-12 |
| | 15454 | **Job Number** | : TTPT-120141010001-1 |
| | | **Job Date** | : 09-JAN-12 |
| | | **Master Number** | : |
| | | **House Number** | : |
| **Port of Origin** | : | **ETD** : | **Number of Packs** | : |
| **Final Destination** | : KUWAIT | **ETA** : | **Gross Weight (Kgs)** | : |
| | | | **Vol. Weight (Kgs)** | : |

**Note  : TRANSPORTATION  CHARGES-2**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount in USD |
|---|---|---|---|---|---|---|---|
| 1 | TRANSPORTATION KUWAIT-SAFWAN-BAGHDAD | | | | | | 12500.000 |
| 1 | CERTIFICATE OF ORGIN AND COMMERCIAL INVOICE LEGALIZATION FROM CHAMBER OF COMMERCE KUWAIT | | | | | | 200.000 |
| 1 | CERTIFICATE OF ORGIN AND COMMERCIAL INVOICE LEGALIZATION FROM IRAQ EMBASSY | | | | | | 500.000 |
| 1 | EXPORT DOCUMENTATION -GENERAL CUSTOMS KUWAIT | | | | | | 500.000 |
| 1 | EXPORT OF MATERIAL USING  GFS EXPORT LICENSE | | | | | | 150.000 |
| 1 | CUSTOMS CLEARANCE AT SAFWAN(INCLUDING  CROSS LOADING TO IRAQI TRUCK) | | | | | | 1250.000 |
| 1 | CUSTOMS DUTY&TAXES AT SAFWAN | | | | | | 9535.000 |
| | | | | | **Total in USD :** | | **24635.000** |

Twenty-Four Thousand Six Hundred Thirty-Five Us Dollar Only

**Terms :** Payment Information
 - Please make cheques payable to "Global Freight Systems Co. W .L .L ."  all cheques are subject to realization.
 - Please mention our reference/invoice no. while making payment.
 - Any discrepency should be notified to us in writing within 15 days
   from the invoice date after which NONE will be accepted.

Bank Details

| A/C Name : GLOBAL FREIGHT  SYSTEMS CO. W.L.L. |
|---|
| Bank Name: AL AHLI BANK OF KUWAIT K.S.C., |
| A/C No  : KD-0600-072799-201, A/C NO. USD-0600-072799-151 |
| Address  : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT. |
| KD IBAN NO  : KW85ABKK00000000000600072799201 |
| USD IBAN NO : KW12ABKK00000000000600072799151 |
| SWIFT CODE : ABKKKWKW |

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L. L.**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| Customer | : 1101800001 — C000073 | | |
|---|---|---|---|
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT | | |
| | GULF ROAD AL SHAAB AREA ,P.O. BOX 318 DASMAN | | |
| | 15454 | | |

| Invoice Number | : 118 - 20141010382 |
|---|---|
| Date | : 31-JAN-12 |
| Payment Due Date | : 31-JAN-12 |
| Job Number | : TTPT-120141010006-1 |
| Job Date | : 14-JAN-12 |
| Master Number | : |
| House Number | : |

| Port of Origin | : | ETD | : |
|---|---|---|---|
| Final Destination | : KUWAIT | ETA | : |

| Number of Packs | : |
|---|---|
| Gross Weight (Kgs) | : |
| Vol. Weight (Kgs) | : |

**Note : TRANSPORTATION CHARGES -3**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount In USD | |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANSPORTATION KUWAIT-SAFWAN-BAGHDAD | | | | | | 10000.000 | |
| 1 | CERTIFICATE OF ORGIN&COMMERCIAL INVOICE LEGALIZATION FROM CHAMBER OF COMMERCE KUWAIT | | | | | | 200.000 | |
| 1 | CERTIFICATE OF ORGIN&COMMERCIAL INVOICE LEGALIZATION FROM IRAQ EMBASSY | | | | | | 500.000 | |
| 1 | EXPORT DOCUMENTATION-GENERAL CUSTOMS KUWAIT | | | | | | 400.000 | |
| 1 | EXPORT OF MATERIAL USING GFS EXPORT LICENSE | | | | | | 150.000 | |
| 1 | CUSTOMS CLERANCE AT SAFWAN(INCLUDES CROSS LOADING TO IRAQI TRUCK) | | | | | | 1000.000 | |
| 1 | CUSTOMS DUTY & TAXES AT SAFWAN | | | | | | 4730.000 | |
| 1 | CLEARNCE ISSUE FOR LUMBER-2 TRUCKS-AMD IMPORT LICENSE NOT VALID | | | | | | 500.000 | |
| | | | | | **Total inUSD :** | | **17480.000** | |

Seventeen Thousand Four Hundred Eighty Us Dollar Only

**Terms :** Payment Information
 - Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
 - Please mention our reference/invoice no. while making payment.
 - Any discrepency should be notified to us in writing within 15 days
 from the invoice date after which NONE will be accepted.

Bank Details

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO : KW85ABKK00000000000600072799201
USD IBAN NO : KW12ABKK00000000000600072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L . L .**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| Customer | : 1101800001 - C000073 | | Invoice Number | : 118 - 20241010403 |
|---|---|---|---|---|
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT | | Date | : 29-FEB-12 |
| | GULF ROAD AL SHAAB AREA ,P.O. BOX 318 DASMAN | | Payment Due Date | : 29-FEB-12 |
| | 15454 | | Job Number | : TWHT-120241010003-1 |
| | | | Job Date | : 29-FEB-12 |
| | | | Master Number | : |
| | | | House Number | : |

| Port of Origin | : | ETD | : | Number of Packs | : |
|---|---|---|---|---|---|
| Final Destination | : KUWAIT | ETA | : | Gross Weight (Kgs) | : |
| | | | | Vol. Weight (Kgs) | : |

**Note : WARE HOUSING SERVICES FOR FEBRUARY 2012**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount inKWD |
|---|---|---|---|---|---|---|---|
| 1 | STORAGE OF 1X40 FEET CONTAINER AND 2X20 FEET CONTAINER WITH NAILS @KWD 60 PER 40 FEET CONTAINER | | | | | | 120.000 |
| 1 | STORAGE CHARGE OF FEBRUARY 12 AS PER ATTACHED LIST | | | | | | 0.000 |
| 1 | SPECIAL PALLETIZING | | | | | | 50.000 |
| 1 | LOADING | | | | | | 30.000 |
| | | | | | | **Total InKWD:** | **200.000** |

Two Hundred Dinar Only

**Terms :** Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepency should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

**Bank Details**

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387, SAFAT 13014,KUWAIT.
KD IBAN NO : KW85ABKK00000000600072799201
USD IBAN NO : KW12ABKK00000000600072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L. L.**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| | | | | |
|---|---|---|---|---|
| Customer | : 1101800001  - C000073 | | Invoice Number | : 118 - 20341010414 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT | | Date | : 29-MAR-12 |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN | | Payment Due Date | : 29-MAR-12 |
| | 15454 | | Job Number | : TSVS-120341010027-1 |
| | | | Job Date | : 29-MAR-12 |
| Shipper | : GLOBAL FREIGHT SYSTEMS | | Master Number | : |
| Consignee | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT | | House Number | : |
| Port of Origin | : | ETD : | Number of Packs | : |
| Final Destination | : KUWAIT | ETA : | Gross Weight (Kgs) | : |
| | | | Vol. Weight (Kgs) | : |

**Note  : DEMURRAGE CHARGES,PAY TO BLUE BEACH,IN20141010378**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount in USD |
|---|---|---|---|---|---|---|---|
| 1 | DEMURRAGE PAY  TO BLUE BEACH,$ 1875 | | | | | | 1875.000 |
| | | | | | | **Total inUSD :** | **1875.000** |

**One Thousand Eight Hundred Seventy-Five Us Dollar Only**

**Terms :** Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepancy should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

Bank Details

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C,
A/C No  : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO  : KW85ABKK00000000000600072799201
USD IBAN NO : KW12ABKK00000000000600072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L . L .**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| Customer | : 1101800001 – C000073 |
| --- | --- |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN |
| | 15454 |

| | |
| --- | --- |
| Invoice Number | : 118 - 20341010446 |
| Date | : 31-MAR-12 |
| Payment Due Date | : 31-MAR-12 |
| Job Number | : TTPT-120241010006-1 |
| Job Date | : 22-FEB-12 |
| Master Number | : |
| House Number | : |

| | |
| --- | --- |
| Shipper | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| Consignee | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| Port of Origin | : |
| Final Destination | : KUWAIT |

| | |
| --- | --- |
| ETD | : |
| ETA | : |

| | |
| --- | --- |
| Number of Packs | : |
| Gross Weight (Kgs) | : |
| Vol. Weight (Kgs) | : |

**Note  : WARE HOUSING SERVICES  FOR MARCH 2012**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount inKWD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | STORAGE 1*40 FT CONTAINER &2*20FT CONTAINER WITH NAILS @KWD 60 | | | | | | 120.000 |
| 1 | WAREHOUSE STORAGE FOR MARCH 12 AS PER THE ATTCHED DETAILS | | | | | | 51.750 |
| 1 | SPECIAL PALETIZING | | | | | | 50.000 |
| 1 | TRUCKS HANDLING+17 PALLETS | | | | | | 100.000 |
| | | | | | | **Total inKWD:** | **321.750** |

Three Hundred Twenty-One Dinar And Seven Hundred Fifty Fils Only

**Terms :** Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepency should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

Bank Details

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name : AL AHLI BANK OF KUWAIT K.S.C,
A/C No  : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address  : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO  : KW85ABKK00000000000600072799201
USD IBAN NO  : KW12ABKK00000000000600072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L.L.**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| Customer | : 1101800001   – C000073 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN |
| | 15454 |

| Shipper | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| Consignee | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| Port of Origin | : | ETD | : |
| Final Destination | : KUWAIT | ETA | : |

| Invoice Number | : 118 – 20341010447 |
| Date | : 31-MAR-12 |
| Payment Due Date | : 31-MAR-12 |
| Job Number | : TTPT-120241010006-1 |
| Job Date | : 22-FEB-12 |
| Master Number | : |
| House Number | : |
| Number of Packs | : |
| Gross Weight (Kgs) | : |
| Vol. Weight (Kgs) | : |

Note  : AL MORAL SFWAN JOB-FEB-3 WARE HOUSING SERVICES  FOR MARCH 2012

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount In USD |
|--------|----------------|-------|----------|------|-----------------|-----|---------------|
| 1 | TRANSPORTATION  KUWAIT-SAFWAN-BAGHDAD 20 TRUCKS | | | | | | 50000.000 |
| 1 | CERTIFICATE OF ORGIN&COMERCIAL INVOICE LEGALIZATION  FROM CHAMBER OF COMMERCE KUWAIT | | | | | | 200.000 |
| 1 | CERTIFICATE OF ORGIN  AND COMMERCIAL INVOICE LEGALIZATION FROM IRAQ EMBASSY | | | | | | 500.000 |
| 1 | EXPORT DOCUMENTATION -GENERAL CUSTOMS KUWAIT | | | | | | 2000.000 |
| 1 | EXPORT OF MATERIAL USING GFS EXPORT LICENSE | | | | | | 750.000 |
| 1 | CUSTOMS CLEARANCE AT SAWFAN (INCLUDING CROSS LOADING TO IRAQI TRUCK | | | | | | 5000.000 |
| 1 | CUSTOMS  DUTY &TAXES AT SAFWAN 20 TRUCKS | | | | | | 22770.000 |
| 1 | IMPORT LICENCE AGREED BY GFS SAFWAN FOR CLEARANCE  OF LUMBER - 5 FLAT BED | | | | | | 1750.000 |

**Terms** : Payment Information
  - Please make cheques payable to "Global Freight Systems Co. W .L .L ."  all cheques are subject to realization.
  - Please mention our reference/invoice no. while making payment.
  - Any discrepency should be notified to us in writing within 15 days
    from the invoice date after which NONE will be accepted.

Bank Details

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO : KW8SABKK0000000000600072799201
USD IBAN NO : KW12ABKK0000000000600072799151
SWIFT CODE : ABKKKWKW

THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.



**GLOBAL FREIGHT SYSTEMS CO. W. L . L .**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| Customer | : 1101800001   – C000073 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN |
| | 15454 |

| Invoice Number | : 118 - 20341010447 |
|---|---|
| Date | : 31-MAR-12 |
| Payment Due Date | : 31-MAR-12 |
| Job Number | : TTPT-120241010006-1 |
| Job Date | : 22-FEB-12 |
| Master Number | : |
| House Number | : |

| Shipper | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| Consignee | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| Port of Origin | : | ETD | : |
| Final Destination | : KUWAIT | ETA | : |

| Number of Packs | : |
|---|---|
| Gross Weight (Kgs) | : |
| Vol. Weight (Kgs) | : |

Note  : AL MORAL SFWAN JOB-FEB-3 WARE HOUSING SERVICES  FOR MARCH 2012

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount In USD |
|---|---|---|---|---|---|---|---|
| 1 | DEMURRAGE 10 DAYS @ $100 PER DAY FOR 4 TRUCKS | | | | | | 4000.000 |
| 1 | ADITIONAL HANDLING AT SAFWAN | | | | | | 1000.000 |
| | | | | | | **Total inUSD :** | **87970.000** |

Eighty-Seven Thousand Nine Hundred Seventy Us Dollar Only

**Terms:**  Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepency should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

Bank Details

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No  : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address  : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO  : KW8SABKK00000000060000072799201
USD IBAN NO : KW12ABKK00000000060000072799151
SWIFT CODE : ABKKKWKW

THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.



# GLOBAL FREIGHT SYSTEMS CO. W. L.L.

**P.O. BOX: 22389 SAFAT, 13084 KUWAIT**
**Tel . : +965 24316530 Fax : +965 24319177, 24316478**
**E-mail : global@global-freight.net**
**Website : www.global-freight.net**

## INVOICE

| | | | |
|---|---|---|---|
| **Customer** | : 1101800001   - C000073 | **Invoice Number** | : 118 - 20441010469 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT | **Date** | : 28-APR-12 |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN | **Payment Due Date** | : 28-APR-12 |
| | 15454 | **Job Number** | : TTPT-120441010005-1 |
| | | **Job Date** | : 28-APR-12 |
| **Shipper** | : GLOBAL FREIGHT SYSTEMS | **Master Number** | : |
| **Consignee** | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT | **House Number** | : |
| **Port of Origin** | : | **ETD** : | **Number of Packs** | : |
| **Final Destination** | : KUWAIT | **ETA** : | **Gross Weight (Kgs)** | : |
| | | | **Vol. Weight (Kgs)** | : |

**Note  : WARE HOUSING SERVICES FOR APRIL 2012**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount InKWD |
|---|---|---|---|---|---|---|---|
| 1 | STORAGE OF 1X40 FT CONTAINER & 2X20 FT CONTAINERS WITH NAILS @ KWD.60.00 | | | | | | 120.000 |
| 1 | WARE HOUSING STORAGE FOR APRIL 2012 AS PER ATTCHED LIST | | | | | | 22.500 |
| | | | | | | **Total InKWD:** | **142.500** |

**One Hundred Forty-Two Dinar And Five Hundred Fils Only**

**Terms** : Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepancy should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

**Bank Details**
A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No  : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address  : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO  : KW8SABKK00000000000600072799201
USD IBAN NO : KW12ABKK00000000000600072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L .L .**
**P.O. BOX: 22389 SAFAT, 13084 KUWAIT**
**Tel . : +965 24316530 Fax : +965 24319177, 24316478**
**E-mail : global@global-freight.net**
**Website : www.global-freight.net**

## INVOICE

| | | | | |
|---|---|---|---|---|
| **Customer** | : 1101800001   – C000073 | | **Invoice Number** | : 118 – 20141010033 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT | | **Date** | : 10-JAN-12 |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN | | **Payment Due Date** | : 10-JAN-12 |
| | 15454 | | **Job Number** | : TTPT-120141010003-1 |
| | | | **Job Date** | : 10-JAN-12 |
| | | | **Master Number** | : |
| | | | **House Number** | : |
| **Port of Origin** | : | **ETD** | : | **Number of Packs** | : |
| **Final Destination** | : KUWAIT | **ETA** | : | **Gross Weight (Kgs)** | : |
| | | | | **Vol. Weight (Kgs)** | : |

**Note  : TRANSPORTATION CHARGES**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount in USD |
|---|---|---|---|---|---|---|---|
| 1 | TRANSPORTATION  KUWAIT-SAFWAN-BAGHDAD | | | | | | 2500.000 |
| 1 | CERTIFICATE OF ORGIN&COMMERCIAL LEGALIZATION FROM CHAMBER OF COMMERCE KUWAIT | | | | | | 50.000 |
| 1 | CERTIFICATE OF ORGIN&COMMERCIAL LEGALIZATION FROM IRAQ EMBASSY | | | | | | 500.000 |
| 1 | EXPORT DOCUMENTATION-GENERAL CUSTOMS KUWAIT | | | | | | 100.000 |
| 1 | EXPORT OF MATERIAL USING  GFS EXPORT LICENSE | | | | | | 150.000 |
| 1 | CUSTOM CLEARANCE AT SAWFAN(INCLUDES CROSS LOADING TO IRAQI TRUCK) | | | | | | 500.000 |
| 1 | CUSTOMS DUTY&TAXES AT SAFWAN | | | | | | 1660.000 |
| | | | | | | **Total in USD :** | **5460.000** |

**Five Thousand Four Hundred Sixty Us Dollar Only**

**Terms :** Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
- Please mention our reference/Invoice no. while making payment.
- Any discrepency should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

**Bank Details**

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO : KW85ABKK0000000000600072799201
USD IBAN NO : KW12ABKK0000000000600072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L. L.**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| | | |
|---|---|---|
| Customer | : 1101800001 – C000073 | |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT | |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN | |
| | 15454 | |

| | |
|---|---|
| Invoice Number | : 118 - 20141010034 |
| Date | : 10-JAN-12 |
| Payment Due Date | : 10-JAN-12 |
| Job Number | : TWHT-120141010001-1 |
| Job Date | : 10-JAN-12 |
| Master Number | : |
| House Number | : |

| | | | |
|---|---|---|---|
| Port of Origin | : | ETD : | |
| Final Destination | : KUWAIT | ETA : | |

| | |
|---|---|
| Number of Packs | : |
| Gross Weight (Kgs) | : |
| Vol. Weight (Kgs) | : |

Note  : WARE HOUSING SERVICE FOR DECEMBER 2011

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount in KWD |
|---|---|---|---|---|---|---|---|
| 1 | STORAGE OF 1X40 FEET CONTAINER&2X20 FEET CONTAINER WITH NAILS@ KD 60 PER 40 FEET CONTAINER | | | | | | 120.000 |
| 1 | WARE HOUSE STORAGE FOR DEC EMBER 2011 AS PER ATTACHED | | | | | | 3531.750 |
| 1 | SPECIAL PALLETIZING | | | | | | 25.000 |
| 1 | LOADING OF 1 CONTAINER OF RESIN FROM WARE HOUSE TO CONVOY TRUCKS @KD 10 PER TRUCK | | | | | | 10.000 |
| | | | | | **Total In KWD:** | | **3686.750** |

Three Thousand Six Hundred Eighty-Six Dinar And Seven Hundred Fifty Fils Only

**Terms :**  Payment Information
 - Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
 - Please mention our reference/invoice no. while making payment.
 - Any discrepency should be notified to us in writing within 15 days
   from the invoice date after which NONE will be accepted.

Bank Details

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name : AL AHLI BANK OF KUWAIT K.S.C,
A/C No   : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387, SAFAT 13014, KUWAIT.
KD IBAN NO   : KW8SABKK0000000000600072799201
USD IBAN NO : KW12ABKK0000000000600072799151
SWIFT CODE : ABKKKWKW

THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.



**GLOBAL FREIGHT SYSTEMS CO. W. L. L.**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| Customer | : 1101800001 - C000073 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| | GULF ROAD AL SHAAB AREA ,P.O. BOX 318 DASMAN |
| | 15454 |

| | |
|---|---|
| **Invoice Number** | : 118 - 20141010383 |
| **Date** | : 31-JAN-12 |
| **Payment Due Date** | : 31-JAN-12 |
| **Job Number** | : TWHT-120141010005-1 |
| **Job Date** | : 31-JAN-12 |
| **Master Number** | : |
| **House Number** | : |

| | | | |
|---|---|---|---|
| **Port of Origin** | : | **ETD** : | |
| **Final Destination** | : KUWAIT | **ETA** : | |

| | |
|---|---|
| **Number of Packs** | : |
| **Gross Weight (Kgs)** | : |
| **Vol. Weight (Kgs)** | : |

**Note : WARE HOUSING SERVICE FOR JANUARY 2012**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount inKWD |
|---|---|---|---|---|---|---|---|
| 1 | STORAGE OF 1 X40 FEET CONTAINER AND 2 X20 FEET CONTAINERS WITH NAILS @ KD 60.000 | | | | | | 120.000 |
| 1 | WAE HOUSE STORAGE FOR JANUARY 2012 AS PER ATTACHED DETAILS | | | | | | 642.000 |
| 1 | SPECIAL PALLETTIZING | | | | | | 100.000 |
| 1 | LOADING OF 1 CONTAINERS OF RESIN FROM WARE HOUSE TO CONVOY TRUCKS @ KD 10.000 PER TRUCK | | | | | | 90.000 |
| | | | | | **Total inKWD:** | | **952.000** |

Nine Hundred Fifty-Two Dinar Only

**Terms :** Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepency should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

**Bank Details**

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO : KW85ABKK0000000000600072799201
USD IBAN NO : KW12ABKK0000000000600072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L . L .**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| Customer | : 1101800001 - C000073 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| | GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN |
| | 15454 |

| | |
|---|---|
| Invoice Number | : 118 - 20241010348 |
| Date | : 27-FEB-12 |
| Payment Due Date | : 27-FEB-12 |
| Job Number | : TTPT-120241010002-1 |
| Job Date | : 09-FEB-12 |
| Master Number | : |
| House Number | : |

| | | | |
|---|---|---|---|
| Port of Origin | : | ETD : | |
| Final Destination | : KUWAIT | ETA : | |

| | |
|---|---|
| Number of Packs | : |
| Gross Weight (Kgs) | : |
| Vol. Weight (Kgs) | : |

**Note** : AMD SAFWAN JOB,FEBRUARY 1-TRANSPORTATION VEH#95/8985:540 BOXES OF CLOSURES VEH#95/7803-540 BOXES OF CLOSURES VEH#24/9132-540 BOXES OF CLOSURES VEH#95/3534-90 BOXES OF CLOSURE & 270 ROLLS OF SHRINK

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount in USD |
|---|---|---|---|---|---|---|---|
| 1 | TRANSPORTATION :KUWAIT-SAFWAN-BAGHDAD | | | | | | 10000.000 |
| 1 | CERTIFICATE OF ORIGIN AND COMMERCIAL INVOICE LEGALIZATION FROM CHAMBER OF COMMERCE KUWAIT | | | | | | 200.000 |
| 1 | CERTIFICATE OF ORIGIN AND COMMERCIAL INVOICE LEGALIZATION FROM - IRAQ EMBASSY | | | | | | 500.000 |
| 1 | EXPORT DOCUMENTATION - GENERAL CUSTOMS KUWAIT | | | | | | 400.000 |
| 1 | EXPORT OF MATERIAL USING GFS EXPORT LICENSE | | | | | | 150.000 |
| 1 | CUSTOMS CLEARANCE AT SAFWAN ( INCLUDES CROSS LOADING  TO IRAQI TRUCK ) | | | | | | 1000.000 |
| 1 | CUSTOM DUTY & TAXES AT SAFWAN | | | | | | 7497.000 |
| | | | | | **Total inUSD :** | | **19747.000** |

Nineteen Thousand Seven Hundred Forty-Seven Us Dollar Only

**Terms :** Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepancy should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

Bank Details

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No   : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387, SAFAT 13014,KUWAIT.
KD IBAN NO  : KW85ABKK000000000600072799201
USD IBAN NO : KW12ABKK000000000600072799151
SWIFT CODE : ABKKKWKW

THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.



**GLOBAL FREIGHT SYSTEMS CO. W. L. L.**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

### INVOICE

| Customer | : 1101800001 - C000073 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| | GULF ROAD AL SHAAB AREA ,P.O. BOX 318 DASMAN |
| | 15454 |

| | |
|---|---|
| Invoice Number | : 118 - 20241010355 |
| Date | : 27-FEB-12 |
| Payment Due Date | : 27-FEB-12 |
| Job Number | : TTPT-120241010005-1 |
| Job Date | : 19-FEB-12 |
| Master Number | : |
| House Number | : |

| | | | |
|---|---|---|---|
| Port of Origin | : | ETD : | |
| Final Destination | : KUWAIT | ETA : | |

| | |
|---|---|
| Number of Packs | : |
| Gross Weight (Kgs) | : |
| Vol. Weight (Kgs) | : |

**Note** : AL MORAL SAFWAN JOB,FEB-2 TRANSPORTATION VEH#95/8985-18 BAGS RESIN, VEH#91/1957-18 BAGS RESIN VEH#95/3534-9 BAGS RESIN+ENGINE OIL-GREASE-EMPTY CARTONS-CLOUSERS

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount in USD | |
|---|---|---|---|---|---|---|---|---|
| 1 | TRANSPORTATION KUWAIT-SAFWAN-BAGHDAD | | | | | | 7500.000 | |
| 1 | CERTIFICATE OF ORIGIN AND COMMERCIAL INVOICE LEGALIZATION FROM CHAMBER OF COMMERCE KUWAIT | | | | | | 200.000 | |
| 1 | CERTIFICATE OF ORIGIN AND COMMERCIAL INVOICE LEGALIZATION FROM - IRAQ EMBASSY | | | | | | 500.000 | |
| 1 | EXPORT DOCUMENTATION - GENERAL CUSTOMS KUWAIT | | | | | | 300.000 | |
| 1 | EXPORT OF MATERIAL USING GFS EXPORT LICENSE | | | | | | 150.000 | |
| 1 | CUSTOMS CLEARANCE AT SAFWAN ( INCLUDES CROSS LOADING  TO IRAQI TRUCK ) | | | | | | 1000.000 | |
| 1 | CUSTOM DUTY & TAXES AT SAFWAN | | | | | | 3900.000 | |
| 1 | IMPORT LICENCE ARRANGED BY GFS ST SAFWAN DUE TO EXPIRY OF OASIS IMPORT RESIN LICENCE | | | | | | 250.000 | |

| | | |
|---|---|---|
| | **Total inUSD :** | **13800.000** |

Thirteen Thousand Eight Hundred Us Dollar Only

**Terms:** Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L. .L." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepency should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

**Bank Details**

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No  : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO  : KW85ABKK00000000060007279201
USD IBAN NO : KW12ABKK00000000060072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**



**GLOBAL FREIGHT SYSTEMS CO. W. L. L .**
P.O. BOX: 22389 SAFAT, 13084 KUWAIT
Tel . : +965 24316530 Fax : +965 24319177, 24316478
E-mail : global@global-freight.net
Website : www.global-freight.net

## INVOICE

| Customer | : 1101800001 - C000073 |
| | AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| | GULF ROAD AL SHAAB AREA ,P.O. BOX 318 DASMAN |
| | 15454 |

| | |
|---|---|
| Invoice Number | : 118 - 20541010456 |
| Date | : 30-MAY-12 |
| Payment Due Date | : 30-MAY-12 |
| Job Number | : TWHT-120541010002-1 |
| Job Date | : 30-MAY-12 |
| Master Number | : |
| House Number | : |

| Shipper | : GLOBAL FREIGHT SYSTEMS CO. WLL.-KUWAIT |
| Consignee | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT |
| Port of Origin | : | ETD | : |
| Final Destination | : KUWAIT | ETA | : |

| | |
|---|---|
| Number of Packs | : |
| Gross Weight (Kgs) | : |
| Vol. Weight (Kgs) | : |

**Note : WARE HOUSING SERVICE FOR MAY 2012**

| Subjob | Charge Details | CURR. | Per Unit | Unit | Currency Amount | ROE | Amount in KWD |
|---|---|---|---|---|---|---|---|
| 1 | STORAGE OF 1X 40 FT CONTAINER&2X20FT CONTAINER WITH NAILS @KWD 60 | | | | | | 120.000 |
| 1 | WARE HOUSING CHARGES FOR MAY 2012 AS PER ATTACHED LIST | | | | | | 22.500 |
| | | | | | | **Total in KWD:** | **142.500** |

One Hundred Forty-Two Dinar And Five Hundred Fils Only

**Terms :** Payment Information
- Please make cheques payable to "Global Freight Systems Co. W .L .L ." all cheques are subject to realization.
- Please mention our reference/invoice no. while making payment.
- Any discrepency should be notified to us in writing within 15 days
  from the invoice date after which NONE will be accepted.

Bank Details

A/C Name : GLOBAL FREIGHT SYSTEMS CO. W.L.L.
Bank Name: AL AHLI BANK OF KUWAIT K.S.C.,
A/C No : KD-0600-072799-201, A/C NO. USD-0600-072799-151
Address : HEAD OFFICE ,PO BOX #1387,SAFAT 13014,KUWAIT.
KD IBAN NO : KW85ABKK0000000000600072799201
USD IBAN NO : KW12ABKK0000000000600072799151
SWIFT CODE : ABKKKWKW

**THIS IS A COMPUTER GENERATED DOCUMENT AND DOES NOT REQUIRE A SIGNATURE.**

 شـــركة جـــلـــوبـــال فريـــت ســيـــســتـــمـــز م.م.م
**GLOBAL FREIGHT SYSTEMS CO. W.L.L**

P.O Box: 22389, Safat,
13084, Kuwait
C.R. No. 70562
Tel: 24316530- Fax 24316478/ 24319177
Email:global@global freight.net.www.global-freight.net

# INVOICE

| A000623 | | |
|---|---|---|
| **AL MORRELL DEVELOPMENT,INC.-KUWAIT** | | |
| KUWAIT | | |
| TEL:25359040 | | |
| CTC:DAN HOBSON | | |

| | |
|---|---|
| **Invoice No** | D04364 |
| **Date** | 31-Oct-2011 |
| **Currency** | KWD |
| **Our Reference** | TTPT-D00172, 31/10/2011 |
| **Your Reference** | PO#25690 |

**[Remarks]**

DUBAI TO KUWAIT

| No | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | TRANSPORTATION:1X40 FEETFLAT BED TRAILER,DXB--KWT,$1850 | 1 | 511.507 | 511.507 |
| 2 | CLEARANCE CHARGES,$535 | 1 | 147.923 | 147.923 |

| | |
|---|---|
| KUWAIT DINAR  SIX HUNDRED FIFTY NINE AND FILS FOUR HUNDRED THIRTY ONLY | **659.430** |

**Payment Information**

1 Please make cheques payable to " Global Freight Systems Co. WLL.", all cheques are subject to realization.

2 Please mention our reference / Invoice no. while making payment.

3 Objections against this Invoice must be raised immediately

4 Bank Details: AL AHLI BANK OF KUWAIT K.S.C., HEAD OFFICE KUWAIT

   IBAN NO.       : KW85ABKK0000000000600072799001

   KD A/C NO. : 0600-072799-001

   Swift Code   : ABKKKWKW

E& OE

Authorised By

  This is a computer generated document and does not require signature

Page 1 of 1

Prepared By

LATHEEF




شــــركة جـلـوبـــال فريـــت سيـستـــمز ذ.م.م
## GLOBAL FREIGHT SYSTEMS CO. W.L.L.

P.O Box: 22389, Safat,
13084, Kuwait
C.R. No. 70562
Tel: 24316530- Fax 24316478/ 24319177
Email:global@global-freight.net.www.global-freight.net

## INVOICE

| A000623 | | |
|---|---|---|
| AL MORRELL DEVELOPMENT,INC.-KUWAIT | | |
| KUWAIT | | |
| TEL:25359040 | | |
| CTC:DAN HOBSON | | |

| Invoice No | D04088 |
|---|---|
| Date | 31-Oct-2011 |
| Currency | KWD |
| Our Reference | TLSE - D00044, 17/10/2011 |
| Your Reference | PO#25680 |

### [Remarks]

CLEARANCE OF 200 BAGS RESIN FROM THE AIRPORT

| No | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | *KUWAIT DELIVERY ORDER CHARGES LINER DUES ECT(RECEIPT ATTACHED)* | 1 | 827.000 | 827.000 |
| 2 | *SHIPPING LINE DEMURRAGE(RECEIPT ATTACHED)* | 1 | 100.000 | 100.000 |
| 3 | *AK-302 PROCESSING* | 1 | 56.000 | 56.000 |
| 4 | *INSPECTION AND CLEARANCE* | 1 | 280.000 | 280.000 |
| 5 | *TRANSPORTATION PORT TO WARE HOUSE* | 1 | 700.000 | 700.000 |
| 6 | *HANDLING AT AMGHARA(OFFLOADING PALLETIZING)* | 1 | 150.000 | 150.000 |
| KUWAIT DINAR TWO  THOUSAND ONE HUNDRED THIRTEEN  ONLY | | | | 2,113.000 |

### Payment Information

1 Please make cheques payable to " Global Freight Systems Co. WLL.", all cheques are subject to realization.

2 Please mention our reference / Invoice no. while making payment.

3 Objections against this Invoice must be raised immediately

4 Bank Details: AL AHLI BANK OF KUWAIT K.S.C., HEAD OFFICE KUWAIT

    IBAN NO.   : KW85ABKK00000000000600072799001

    KD A/C NO. : 0600-072799-001

    Swift Code   : ABKKKWKW

E& OE

Authorised By

    This is a computer generated document and does not require signature

Page 1 of 1

Prepared By

LATHEEF



شــركة جــلــوبــال فريــت ســيــســتــمــز ذ.م.م.
## GLOBAL FREIGHT SYSTEMS CO. W.L.L.

P.O Box: 22389, Safat,
13084, Kuwait
C.R. No. 70562
Tel: 24316530- Fax 24316478/ 24319177
Email:global@global freight.net.www.global-freight.net

## INVOICE

| A000623 | | |
|---|---|---|
| **AL MORRELL DEVELOPMENT,INC.-KUWAIT** | | |
| KUWAIT | | |
| TEL:25359040 | | |
| CTC:DAN HOBSON | | |

| Invoice No | D04317 |
|---|---|
| Date | 31-Oct-2011 |
| Currency | KWD |
| Our Reference | TSVS - D00075, 31/10/2011 |
| Your Reference | PO#25684 |

**[Remarks]**

CLEARANCE OF 5X40 FEET CONTAINERS

| No | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | KWT DELIVERY ORDER CHARGES LINER DUES ECT-RECEIPT ATTACHED | 1 | 488.500 | 488.500 |
| 2 | SHIPPING LINE DEMURRAGE CHARGES | 1 | 180.000 | 180.000 |
| 3 | PORT DEMURRAGE CHARGES | 1 | 150.000 | 150.000 |
| 4 | AK-302 PROCESSING | 1 | 56.000 | 56.000 |
| 5 | INSPECTION&CLEARANCE | 1 | 140.000 | 140.000 |
| 6 | TRANSPORTATION,PORT TO WARE HOUSE | 1 | 350.000 | 350.000 |
| 7 | HANDLING AT AMGHARA[OFFLOADING PALLETIZING] | 1 | 75.000 | 75.000 |

| KUWAIT DINAR ONE THOUSAND FOUR HUNDRED THIRTY NINE AND FILS FIVE HUNDRED ONLY | 1439.500 |
|---|---|

**Payment Information**

1 Please make cheques payable to " Global Freight Systems Co. WLL.", all cheques are subject to realization.

2 Please mention our reference / Invoice no. while making payment.

3 Objections against this Invoice must be raised immediately

4 Bank Details: AL AHLI BANK OF KUWAIT K.S.C., HEAD OFFICE KUWAIT

   IBAN NO.   : KW85ABKK0000000000600072799001

   KD A/C NO. : 0600-072799-001

   Swift Code   : ABKKKWKW

E& OE

**Authorised By**

   This is a computer generated document and does not require signature

Page 1 of 1

**Prepared By**

LATHEEF

 شـركـة جـلـوبـال فـريـت سـيـسـتـمـز ذم.م.
GLOBAL FREIGHT SYSTEMS CO. W.L.L.

P.O Box: 22389, Safat,
13084, Kuwait
C.R. No. 70562
Tel: 24316530- Fax 24316478/ 24319177
Email:global@global freight.net.www.global-freight.net

# INVOICE

| A000623 | | | |
|---|---|---|---|
| **AL MORRELL DEVELOPMENT,INC.-KUWAIT** | | **Invoice No** | D04835 |
| KUWAIT | | **Date** | 30-Nov-2011 |
| TEL:25359040 | | **Currency** | KWD |
| CTC:DAN HOBSON | | **Our Reference** | TSVS-D00084, 02/12/2011 |
| | | **Your Reference** | PO#25890 |

[Remarks]

WARE HOUSE CHARGES FOR NOVEMBER 2011

| No | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | STORAGE:1*40 FEET&2*20 FEET CONTAINER | 1 | 120.000 | 120.000 |
| 2 | WARE HOUSE STORAGE-NOVEMBER, AS PER ATTACHED LIST | 1 | 2034.750 | 2034.750 |
| 3 | SPECIAL PALLETIZING | 1 | 75.000 | 75.000 |
| 4 | LOADING 10 CONTAINERS RESIN-WARE HOUSE TO CONVOY | 1 | 50.000 | 50.000 |
| 5 | PALLETS 5 X 40 FEET CONTAINERS @ KWD1.00 /PALLET | 1 | 100.000 | 100.000 |

| KUWAIT DINAR TWO THOUSAND THREE HUNDRED SEVENTY NINE AND FILS SEVEN HUNDRED FIFTY ONY | 2379.750 |
|---|---|

**Payment Information**

1 Please make cheques payable to " Global Freight Systems Co. WLL.", all cheques are subject to realization.

2 Please mention our reference / Invoice no. while making payment.

3 Objections against this Invoice must be raised immediately

4 Bank Details: AL AHLI BANK OF KUWAIT K.S.C., HEAD OFFICE KUWAIT

   IBAN NO.　: KW85ABKK0000000000660072799001

   KD A/C NO. : 0600-072799-001

   Swift Code　: ABKKKWKW

**E& OE**

**Authorised By**

   This is a computer generated document and does not require signature

Page 1 of 1

**Prepared By**

LATHEEF

 شركة جلوبال فريت سيستمز ذ.م.م
GLOBAL FREIGHT SYSTEMS CO. W.L.L.

P.O Box: 22389, Safat,
13084, Kuwait
C.R. No. 70562
Tel: 24316530- Fax 24316478/ 24319177
Email:global@global freight.net.www.global-freight.net

# INVOICE

| A000623 | | |
|---|---|---|
| **AL MORRELL DEVELOPMENT,INC.-KUWAIT** | | |
| KUWAIT | | |
| TEL:25359040 | | |
| CTC:DAN HOBSON | | |

| | |
|---|---|
| **Invoice No** | D04839 &D04905 |
| **Date** | 30-Nov-2011 |
| **Currency** | KWD |
| **Our Reference** | TTPT-D00197, 3/12/2011 |
| Your Reference | PO#25891 |

**[Remarks]**

VBC TRIPS,NOVEMBER 2011

| No | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | *16 TRUCK TO VBC,16*KD 600* | 16 | 600.000 | 9600.000 |

| KUWAIT DINAR  NINE  THOUSAND SIX HUNDRED   ONY | 9600.000 |
|---|---|

**Payment Information**

1 Please make cheques payable to " Global Freight Systems Co. WLL.", all cheques are subject to realization.

2 Please mention our reference / Invoice no. while making payment.

3 Objections against this Invoice must be raised immediately

4 Bank Details: AL AHLI BANK OF KUWAIT K.S.C., HEAD OFFICE KUWAIT

IBAN NO.     : KW85ABKK000000000600072799001

KD A/C NO. : 0600-072799-001

Swift Code    : ABKKKWKW

**E& OE**

**Authorised By**

This is a computer generated document and does not require signature

Page 1 of 1

**Prepared By**

LATHEEF

# Exhibit C

**GLOBAL FREIGHT SYSTEMS CO. W. L . L .**
**P.O. BOX: 22389 SAFAT, 13084 KUWAIT**
**Tel . : +965 24316530 Fax : +965 24319177,**
**24316478**
**E-mail : global@global-freight.net**
**Website : www.global-freight.net**

| Report Criteria: | |
|---|---|
| Account | : 1101800001 |
| Currency | : |
| Summary / Detail Report | : Detail |
| Local Amt.(Y/N) | : |

**OVERSEAS STATEMENT OF OUTSTANDING AS ON       29-NOV-12**

| Account Code | : 1101800001   - C000073 | Phone | : 25359040 |
|---|---|---|---|
| Account Name | : AL MORRELL DEVELOPMENT ,INC.-KUWAIT | Fax | : 25359040 |
| Address | : GULF ROAD  AL SHAAB AREA ,P.O. BOX 318  DASMAN 15454 | Contact | : |
| | | Handled By | : |

| Doc. No. | Doc. Date | Description | Doc. Amt | Bal. Amt | Bal. Amt (LOCAL) | Days of O/s. |
|---|---|---|---|---|---|---|
| **Branch:** | 41001 - GFS KUWAIT | | | | | |
| **Currency:** | KWD | | KWD | KWD | KWD | |
| 111-GLJ-24901 | 17-OCT-11 | 1-1-040 A000623 RI D04088 | 2113.000 | 2113.000 | 2113.000 | 409 |
| 111-GLJ-24901 | 31-OCT-11 | 1-1-040 A000623 RI D04317 | 1439.500 | 1439.500 | 1439.500 | 395 |
| 111-GLJ-24901 | 30-NOV-11 | 1-1-040 A000623 RI D04835 | 2379.750 | 2379.750 | 2379.750 | 365 |
| 111-GLJ-24901 | 30-NOV-11 | 1-1-040 A000623 RI D04839 | 6000.000 | 6000.000 | 6000.000 | 365 |
| 111-GLJ-24901 | 10-DEC-11 | 1-1-040 A000623 RI D04905 | 3600.000 | 3600.000 | 3600.000 | 355 |
| 118-INV-20141010034 | 10-JAN-12 | | 3686.750 | 3686.750 | 3686.750 | 324 |
| 118-INV-20141010383 | 31-JAN-12 | | 952.000 | 952.000 | 952.000 | 303 |
| 118-INV-20241010403 | 29-FEB-12 | | 200.000 | 200.000 | 200.000 | 274 |
| 118-INV-20341010446 | 31-MAR-12 | | 321.750 | 321.750 | 321.750 | 243 |
| 118-INV-20441010469 | 28-APR-12 | | 142.500 | 142.500 | 142.500 | 215 |
| 118-INV-20541010456 | 30-MAY-12 | HOUSE NO: | 142.500 | 142.500 | 142.500 | 183 |
| | | **Currency Total:** | **20977.750** | **20977.750** | **20977.750** | |
| **Currency:** | USD | | USD | USD | KWD | |
| 111-GLJ-24901 | 31-OCT-11 | 1-1-040 A000623 RI D04364 | 2385.00 | 2385.00 | 659.453 | 395 |
| 118-INV-20141010033 | 10-JAN-12 | | 5460.00 | 5460.00 | 1536.444 | 324 |
| 118-INV-20141010378 | 31-JAN-12 | | 24635.00 | 24635.00 | 6902.727 | 303 |
| 118-INV-20141010382 | 31-JAN-12 | | 17480.00 | 17480.00 | 4897.896 | 303 |
| 118-INV-20241010348 | 27-FEB-12 | | 19747.00 | 19747.00 | 5529.160 | 276 |
| 118-INV-20241010355 | 27-FEB-12 | | 13800.00 | 13800.00 | 3864.000 | 276 |
| 118-INV-20341010414 | 29-MAR-12 | | 1875.00 | 1875.00 | 524.438 | 245 |
| 118-INV-20341010447 | 31-MAR-12 | | 87970.00 | 87970.00 | 24737.164 | 243 |
| | | **Currency Total:** | **173352.00** | **173352.00** | **48651.282** | |
| **Account Total:** | KWD-KUWAITI DINAR | | 20977.750 | 20977.750 | | |
| | USD-US DOLLAR | | 173352.00 | 173352.00 | | |
| **Report Total:** | | | | | | |

\* Report is based on foreign currency balance amount