# Exhibit A

**Subject:** RE: GFS Logistics Contract July 2011
**Date:** Sunday, July 17, 2011 at 9:10:16 AM Arabian Standard Time
**From:** Dan Hobson
**To:** Anthony Dsouza
**CC:** Alan Slighting

Anthony,

The changes have been made in the attached contract for your review. If the contract is acceptable to GFS then we request your signing authority print and initial each page as indicated and sign the final page. The please have the originals delivered to my office. I will then forward them to Alan in the US for initial and signing. He will scan and email them back to me. At that time I will provide GFS with a copy.

Thanks

V/R,

Dan

**From:** Anthony Dsouza [mailto:anthony@global-freight.net]
**Sent:** Saturday, July 16, 2011 1:56 PM
**To:** Dan Hobson
**Subject:** RE: GFS Logistics Contract July 2011
**Importance:** High

Hello Dan,

We have reviewed the document and have the following comments

1. We agree with point 5 , but need clarification on who will be responsible to book convoys slots. We can book the slots but will need a weekly schedule
2. In the Tariff for transportation with convoys Working Refers  ( temperatures plus 5 degress Celsius   Minus 21 degrees Celsius ) there will be a KWD 75.00 charge for all locations