# Exhibit C

From: Corey Larsen <Corey.Larsen@almorrell.com>
Subject: RE: Emailing: Al Morrell Development INC SOA.pdf
Date: May 21, 2012 6:20:33 PM GMT+03:00
To: "anthony@global-freight.net" <anthony@global-freight.net>
Cc: Dan Hobson <dan.hobson@almorrell.com>, Ibrahim Najjar <ibrahim.najjar@almorrell.com>
Reply-To: Corey.Larsen@almorrell.com

2 Attachments, 16 KB

Hello Anthony,

Yes, you are correct in that I have replaced Nick regarding payables.

I understand your concern regarding payment of outstanding invoices, however, at this time I cannot give you a date that payment will be made for the invoices. We are working through some issues and hope to be able to get you paid as soon as possible. At this time I do not have approval to pay the invoices in question but have forwarded the request to management. I will update you as soon as I hear something back from them.

Regards,

*Corey Larsen*
Al-Morrell Development
14901 Heritage Crest Way Ste B
Bluffdale, Utah 84065
Office 801-495-3111

**Al-Morrell DEVELOPMENT**

---

**From:** Anthony Dsouza [mailto:anthony@global-freight.net]
**Sent:** Monday, May 21, 2012 8:37 AM
**To:** Corey Larsen
**Cc:** Dan Hobson; Ibrahim Najjar
**Subject:** Fwd: Emailing: Al Morrell Development INC SOA.pdf

Hello Corey,

I understand you have replaced Nick ( which also explains unanswered emails over the past month . )

We were promised payment by Nick in the first of May for over due invoices ( SOA attached )

Kindly advice payment schedule

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti

Tel: + 965 2431 6530 Ext. 207 | Fax: + 965 2431 6478 | +965 2431 9177 | Mob: +965 97216032
P.O.Box 22389, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com



Begin forwarded message:

**From:** Anthony Dsouza <anthony@global-freight.net>
**Subject: Re: Emailing: Al Morrell Development INC SOA.pdf**
**Date:** May 21, 2012 3:37:00 PM GMT+03:00
**To:** nicholas.phelps@almorrell.com
**Cc:** Dan Hobson <dan.hobson@almorrell.com>, Ibrahim Najjar <ibrahim.najjar@almorrell.com>

Hello Nick,

Further to your email below and subsequent emails over the past few weeks which you have not acknowledged.

We are into the 4th week of May and you have not yet remitted the payment promised in your email below to be paid after the first week of May

Await your response

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti

Tel: + 965 2431 6530 Ext. 207 | Fax: + 965 2431 6478 | +965 2431 9177 | Mob: +965 97216032

GFS Genoa Gama 00070

P.O.Box 22189, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com

On Apr 24, 2012, at 5:54 PM, Nicholas Phelps wrote:

Payment should be made after the first of May.

Nick Phelps
Staff Accountant
Al Morrell Development
Phone: 801-495-3111
Fax: 801-495-3110

**From:** Anthony Dsouza [mailto:anthony@global-freight.net]
**Sent:** Tuesday, April 24, 2012 12:58 AM
**To:** Accounts.Payable
**Subject:** Fwd: Emailing: Al Morrell Development INC SOA.pdf

Sir,

Please let us know the payment schedule for our outstanding amounts not received and overdue for a few months now

Thank you

Regards

Anthony


Anthony Dsouza
Manager - Logistics
Global Freight Systems CO.W.L.L
Kuwait-Dubai-Iraq-Qatar-Djibouti
Tel : +965-24316530 ext 27
Mobile : +965-97216032
www.global-freight.net


Begin forwarded message:

**From:** Anthony Dsouza <anthony@global-freight.net>
**Subject: Fwd: Emailing: Al Morrell Development INC SOA.pdf**
**Date:** April 11, 2012 8:11:34 AM GMT+03:00
**To:** Dan Hobson <dan.hobson@almorrell.com>
**Cc:** Ibrahim Najjar <ibrahim.najjar@almorrell.com>

Hello Dan,

We have a fairly large outstanding amount and would appreciate if this is settled as soon as possible

Thank you

Regards

Anthony

Anthony Dsouza
Manager - Logistics
Global Freight Systems CO.W.L.L
Kuwait-Dubai-Iraq-Qatar-Djibouti
Tel : +965-24316530 ext 27
Mobile : +965-97216032
www.global-freight.net


Begin forwarded message:

**From:** "Mueen Sabir" <mueen@global-freight.net>
**Subject: FW: Emailing: Al Morrell Development INC SOA.pdf**
**Date:** April 8, 2012 5:21:16 PM GMT+03:00
**To:** "'Anthony Dsouza'" <anthony@global-freight.net>
**Reply-To:** mueen@global-freight.net

Hello Captain

Please find attached here with the SOA for AL Morel. Total amount
outstanding is   Kwd 69,344/- and aging has been mentioned against each
invoice.

GFS Genoa Gama 00071

Please arrange to collect the overdue portion.

Thanks and Best Regards
M. Mueen Sabir - FCA | Group Chief Financial Officer

GFS Genoa Gama 00072

From: Corey Larsen <Corey.Larsen@almorrell.com>
Subject: RE: Emailing: Al Morrell Development INC SOA.pdf
Date: July 27, 2012 7:55:55 PM GMT+03:00
To: "anthony@global-freight.net" <anthony@global-freight.net>
Cc: Andrew Saunders <Andrew.Saunders@almorrell.com>, Paul Nelson <Paul.Nelson@almorrell.com>
Reply-To: Corey.Larsen@almorrell.com

1 Attachment, 14 KB

Hello Anthony,

As we discussed last week regarding the outstanding invoices please contact either Paul Nelson or Alan Morrell at the below numbers.

Paul Nelson + 964 770 462 1061
Alan Morrell + 964 770 462 1119
Alan Morrell + 964 770 670 0561

Thank you,

*Corey Larsen*
Al-Morrell Development
8763 Sandy Parkway
Sandy, Utah 84070
Office 801-405-3111



From: Anthony Dsouza [mailto:anthony@global-freight.net]
Sent: Thursday, July 26, 2012 11:49 PM
To: Corey Larsen
Cc: Andrew Saunders; Paul Nelson
Subject: Re: Emailing: Al Morrell Development INC SOA.pdf

Hello Corey,

I have still not heard back with you.

I would expect some one on this email list to act responsibly and have the courtesy to respond to emails

Thank you

Regards

Anthony
Anthony Dsouza | Logistics Manager

Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti
Tel: +965 2431 6536 Ext. 207 | Fax: +965 2431 6478 | +965 2431 9177 | Mob: +965 97216032
P.O.Box 22369, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com


On Jul 25, 2012, at 10:34 PM, Anthony Dsouza wrote:

Hello Corey,

Further to our telephone conversation a couple of days ago where you promised to send me the details of the person responsible for this delay.

I need the email telephone and fax number for Mr. Almorrell the owner of AMD

I also need all details of Mr Paul Nelson, who I understand is the person who has replaced Dan Hobson

Please send me these details today

Also the update of our payment

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti
Tel: +965 2431 6536 Ext. 207 | Fax: +965 2431 6478 | +965 2431 9177 | Mob: +965 97216032
P.O.Box 22369, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com

GFS Genoa Gama 00073

On Jul 11, 2012, at 10:52 AM, Anthony Dsouza wrote:

Hello Corey,

Two more weeks have gone by and would appreciate an update on the pending outstanding issue.

All your replies over the several weeks only mentions ' We are still awaiting management approval."

I need to remind you we have a contract, we provided a service and billed you for that service and have not been paid for those services for 8 months

So i am not clear what further approvals you keep mentioning you are waiting for !! !

I need a better answer

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

<image001.gif> Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti
Tel.: +965 2431 6836 Ext. 267 | Fax.: +965 2431 6478 | +965 2431 9177 | Mob: +965 97216032
P.O.Box 22390, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.glswarld.com


On Jun 27, 2012, at 8:01 PM, Corey Larsen wrote:

Hello Anthony,

Unfortunately, at this time I do not have an update as to when payment can be expected. We are still awaiting management approval.

Again, I apologize for the delay and hope that this matter will be resolved soon.

Thanks,

Corey Larsen
Al-Morrell Development
8763 Sandy Parkway
Sandy, Utah 84070
Office 801-495-3111
<image001.png>

---

**From:** Anthony Dsouza [mailto:anthony@global-freight.net]
**Sent:** Wednesday, June 27, 2012 9:17 AM
**To:** Corey Larsen
**Cc:** Dan Hobson; Andrew Saunders; Paul Nelson; Ibrahim Najjar
**Subject:** Re: Emailing: Al Morrell Development INC SOA.pdf

Hello Corey,

I await a response to my email dated 25 June

If you do not have an update, Please put me in touch with the concerned Senior Management in AMD who is in a responsible position to sort this issue as we are running out of time and patience

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

<image002.gif> Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti
Tel.: +965 2431 6836 Ext. 267 | Fax.: +965 2431 6478 | +965 2431 9177 | Mob: +965 97216032
P.O.Box 22390, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.glswarld.com


On Jun 25, 2012, at 10:28 AM, Anthony Dsouza wrote:

Hello Corey,

GFS Genoa Gama 00074

Please advice the current status of our pending invoices.

I have persuaded my management in the interest of maintaining our good relations with AMD not to pursue this issue legally

But your responses over the past month are not concrete and our Group Finance has instructed me to to formally ask you for a firm payment commitment this month

I await your reply.

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

<image001.gif> Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti
Tel: +965 2431 8530 Ext. 207 | Fax: +965 2431 6478 | +965 2431 9177 | Mob: +965 97216052
P.O.Box 22385, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.glsworld.com


On Jun 12, 2012, at 6:34 PM, Corey Larsen wrote:

Hello Anthony,

The situation remains the same. We are working to get your company paid and every effort is being made to correct the issue, however, at this time we are still waiting for management approval before we can submit payment. Once again I apologize for the delay and understand your position. I will update you as I am able.

Thank you,

*Corey Larsen*
Al-Morrell Development
8763 Sandy Parkway
Sandy, Utah 84070
Office 801-495-3111
<image001.png>

---

**From:** Anthony Dsouza [mailto:anthony@global-freight.net]
**Sent:** Tuesday, June 12, 2012 3:56 AM
**To:** Corey Larsen
**Cc:** Dan Hobson; Ibrahim Najjar; Andrew Saunders; Paul Nelson
**Subject:** Re: Emailing: Al Morrell Development INC SOA.pdf

Hello Corey,

We await your response to our repeated requested on the outstanding invoice issue

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

<image002.gif> Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti
Tel: +965 2431 8530 Ext. 207 | Fax: +965 2431 6478 | +965 2431 9177 | Mob: +965 97216052
P.O.Box 22385, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.glsworld.com


On Jun 6, 2012, at 4:04 PM, Anthony Dsouza wrote:

Hello Corey,

Do you have any update on the status of the unpaid invoices

Regards

GFS Genoa Gama 00075

Anthony

Anthony Dsouza | Logistics Manager

<image001.gif> Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti
Tel: +965 2431 6596 Ext 207 | Fax: +965 2431 6476 | +965 2431 6177 | Mob: +965 97216092
P.O.Box 22589, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com

On May 29, 2012, at 8:13 PM, Corey Larsen wrote:

Hello Anthony,

I understand your concern and we are working to get approval to pay the outstanding invoices. We appreciate the accommodation of time your company has allowed us and apologize for the current situation relating to delayed payment. We are continuing to work with management to get the outstanding items paid as soon as possible but as of this time I do not have a sense of when that will be. I will update you as things change.

Please feel free to contact me every few days and I will respond as to any changes.

Sincerely,

Corey Larsen
Al-Morrell Development
8763 Sandy Parkway
Sandy, Utah 84070
Office 801-495-3111
<image001.png>

---

**From:** Anthony Dsouza [mailto:anthony@global-freight.net]
**Sent:** Monday, May 21, 2012 9:39 AM
**To:** Corey Larsen
**Cc:** Dan Hobson; Ibrahim Najjar
**Subject:** RE: Emailing: Al Morrell Development INC SOA.pdf

Hello Corey,

Thank you for your reply.

If you go through the SOA some invoices more than 5 months due. I am sure you have your issues and we have our own cash flow problems to deal with hence its unfair we have to wait to 5 to 6 months to be paid for no fault of ours.

We have been extremely accommodative and patient with AMD and hope you find a solution to have us paid this week

I don't think we can wait longer.

Thank you

Regards
Anthony

Anthony Dsouza | Manager Logistics

Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan
Tel: +965 2431 6596 Ext 207 | Fax: +965 2431 6478 | +965 2431 6177 | Mob: +965 97216092
P.O.Box 22589, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com

---

**From:** Corey Larsen [mailto:Corey.Larsen@almorrell.com]
**Sent:** Monday, May 21, 2012 6:21 PM
**To:** anthony@global-freight.net
**Cc:** Dan Hobson; Ibrahim Najjar
**Subject:** RE: Emailing: Al Morrell Development INC SDA.pdf

Hello Anthony,

Yes, you are correct in that I have replaced Nick regarding payables.

I understand your concern regarding payment of outstanding invoices, however, at this time I cannot give you a date that payment will be made for the invoices. We are working through some issues and hope to be able to get you paid as soon as possible. At this time I do not have approval to pay the invoices in question but have forwarded the request to management. I will update you as soon as I hear something back from them.

Regards,

Corey Larsen
Al-Morrell Development
14901 Heritage Crest Way Ste B
Bluffdale, Utah 84065
Office 801-495-3111
<image001.png>

GFS Genoa Gama 00076

**From:** Anthony Dsouza [mailto:anthony@global-freight.net]
**Sent:** Monday, May 21, 2012 8:37 AM
**To:** Corey Larsen
**Cc:** Dan Hobson; Ibrahim Najjar
**Subject:** Fwd: Emailing: Al Morrell Development INC SOA.pdf

Hello Corey,

I understand you have replaced Nick ( which also explains unanswered emails over the past month . )

We were promised payment by Nick in the first of May for over due invoices ( SOA attached )

Kindly advice payment schedule

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

<image002.gif>
Global Freight Systems Co. W.L.L. | **Kuwait** | **UAE** | **Qatar** | **Iraq** | **Afghanistan** | **Djibouti**

Tel.: +965 2431 6530 Ext. 137 | Fax.: +965 2431 6478 | +965 2431 9177 | Mob: +965 97216032
P.O.Box 22385, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com


Begin forwarded message:

**From:** Anthony Dsouza <anthony@global-freight.net>
**Subject: Re: Emailing: Al Morrell Development INC SOA.pdf**
**Date:** May 21, 2012 3:37:00 PM GMT+03:00
**To:** nicholas.phelps@almorrell.com
**Cc:** Dan Hobson <dan.hobson@almorrell.com>, Ibrahim Najjar <ibrahim.najjar@almorrell.com>

Hello Nick,

Further to your email below and subsequent emails over the past few weeks which you have not acknowledged.

We are into the 4th week of May and you have not yet remitted the payment promised in your email below to be paid after the first week of May

Await your response

Thank you

Regards

Anthony


Anthony Dsouza | Logistics Manager

Global Freight Systems Co. W.L.L. | **Kuwait** | **UAE** | **Qatar** | **Iraq** | **Afghanistan** | **Djibouti**

Tel.: +965 2431 6530 Ext. 137 | Fax.: +965 2431 6478 | +965 2431 9177 | Mob: +965 97216032
P.O.Box 22385, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com


On Apr 24, 2012, at 5:54 PM, Nicholas Phelps wrote:

Payment should be made after the first of May.

Nick Phelps
Staff Accountant
Al Morrell Development
Phone: 801-495-3111
Fax: 801-495-3110

**From:** Anthony Dsouza [mailto:anthony@global-freight.net]
**Sent:** Tuesday, April 24, 2012 12:58 AM
**To:** Accounts.Payable
**Subject:** Fwd: Emailing: Al Morrell Development INC SOA.pdf

Sir,

Please let us know the payment schedule for our outstanding amounts not received and overdue for a few months now

Thank you

GFS Genoa Gama 00077

Regards

Anthony

Anthony Dsouza
Manager - Logistics
Global Freight Systems CO.W.L.L
Kuwait-Dubai-Iraq-Qatar-Djibouti
Tel : +965-24316530 ext 27
Mobile : +965-97216032
www.global-freight.net

Begin forwarded message:

**From:** Anthony Dsouza <anthony@global-freight.net>
**Subject: Fwd: Emailing: Al Morrell Development INC SOA.pdf**
**Date:** April 11, 2012 8:11:34 AM GMT+03:00
**To:** Dan Hobson <dan.hobson@almorrell.com>
**Cc:** Ibrahim Najjar <ibrahim.najjar@almorrell.com>

Hello Dan,

We have a fairly large outstanding amount and would appreciate if this is settled as soon as possible

Thank you

Regards

Anthony

Anthony Dsouza
Manager - Logistics
Global Freight Systems CO.W.L.L
Kuwait-Dubai-Iraq-Qatar-Djibouti
Tel : +965-24316530 ext 27
Mobile : +965-97216032
www.global-freight.net

Begin forwarded message:

**From:** "Mueen Sabir" <mueen@global-freight.net>
**Subject: FW: Emailing: Al Morrell Development INC SOA.pdf**
**Date:** April 8, 2012 5:21:16 PM GMT+03:00
**To:** "Anthony Dsouza" <anthony@global-freight.net>
**Reply-To:** mueen@global-freight.net

Hello Captain

Please find attached here with the SOA for AL Morel. Total amount outstanding is Kwd 69,344/- and aging has been mentioned against each invoice.

Please arrange to collect the overdue portion.

Thanks and Best Regards
M. Mueen Sabir - FCA | Group Chief Financial Officer

GFS Genoa Gama 00078