# Exhibit B



# TransWest
## INVESTIGATIONS, INC.

| Invoice No.: | 68925 |
|---|---|
| Invoice Date: | 11/12/2013 |
| Tax ID | 95-3848942 |

JONES WALDO HOLBROOK MCDONOUGH PC
170 SOUTH MAIN STREET
SALT LAKE CITY, UT 84101-1644
Attention: JESSICA WILDE

Our File No.: 110413-09-009     Your File No. N/A

| Subject | Service Code | Quantity | Rate | Charge |
|---|---|---|---|---|
| AL-MORRELL DEVELOPMENT, LLC | FRI | 1 | $0.00 | $0.00 |
| BRIGHT PEARL FOR WATER PURIFICATION | FRB | 1 | $0.00 | $0.00 |
|  | HRS | 22 | $135.00 | $2,970.00 |
|  | EXP | 1 | $173.60 | $173.60 |

| TERMS: Due and payable upon presentation. A delinquent charge of 1 1/2% per month, will be charged on all past due accounts. | Invoice Total | $3,143.60 |
|---|---|---|
| | Total Paid | |
| | Total Due | $3,143.60 |

PLEASE USE INVOICE NUMBER TO IDENTIFY REMITANCE.

**Service Codes:**

| | | | | | |
|---|---|---|---|---|---|
| LF | - LISTING FEES | SPC | - SPECIAL | N/C | - NO CHARGE |
| LOC | - LOCATE | AST | - DETECT ASSET | VEH | - VEHICLES |
| VER | - VERIFY PROVIDED I | CC | - COPY COST | FRD | - FINANCIAL DETECT |
| RP | - REAL PROPERTY | EXP | - EXPENSES | SRV | - SURVEILLANCE |
| FI | - FIELD INV | EMP | - EMPLOYMENT | FLO | - FINANCIAL LOCATE |
| RR | - RECORD RESEARC | ID | - IDENTIFICATION | INT | - INTEREST |
| LD | - LONG DISTANCE CA | WF | - WITNESS FEE | W/O | - WRITEOFF |
| SP | - SERVICE OF PROC | BGID | - DETECT BGI | STO | - STORAGE |
| RSH | - RUSH | DSC | - DISCOUNT | | |
| MLG | - MILEAGE | STA | - STOCK ACCOUNT | FR | - FINANCIAL REPORT |
| HRS | - HOURS | MLN | - MULTI-NAME | RTC | - RETURNED CHECK |
| AFF | - AFFIDAVIT | BGI | - BACKGROUND INVE | AP | - ADVANCE PAYMEN |

Page 1 of 1

TransWest Investigations, Inc. | (213) 381-1500 | 2500 Wilshire Blvd., Suite 1200, Los Angeles, CA 90057 | TransWestOnline.com



# TransWest
## INVESTIGATIONS, INC.

| Invoice No. | 68925 |
|---|---|
| Invoice Date | 11/12/2013 |
| Tax ID | 95-3848942 |

JONES WALDO HOLBROOK MCDONOUGH PC
170 SOUTH MAIN STREET
SALT LAKE CITY, UT 84101-1644
Attention: JESSICA WILDE

Our File No.: 110413-09-009     Your File No. N/A

| Subject | Service Code | Quantity | Rate | Charge |
|---|---|---|---|---|
| AL-MORRELL DEVELOPMENT, LLC | FRI | 1 | $0.00 | $0.00 |
| BRIGHT PEARL FOR WATER PURIFICATION | FRB | 1 | $0.00 | $0.00 |
|  | HRS | 22 | $135.00 | $2,970.00 |
|  | EXP | 1 | $173.60 | $173.60 |

| TERMS: Due and payable upon presentation. A delinquent charge of 1 1/2% per month, will be charged on all past due accounts. | Invoice Total | $3,143.60 |
|---|---|---|
|  | Total Paid |  |
|  | Total Due | $3,143.60 |

PLEASE USE INVOICE NUMBER TO IDENTIFY REMITANCE.

### Service Codes:

| | | | | | |
|---|---|---|---|---|---|
| LF | - LISTING FEES | SPC | - SPECIAL | N/C | - NO CHARGE |
| LOC | - LOCATE | AST | - DETECT ASSET | VEH | - VEHICLES |
| VER | - VERIFY PROVIDED I | CC | - COPY COST | FRD | - FINANCIAL DETECT |
| RP | - REAL PROPERTY | EXP | - EXPENSES | SRV | - SURVEILLANCE |
| FI | - FIELD INV | EMP | - EMPLOYMENT | FLO | - FINANCIAL LOCATE |
| RR | - RECORD RESEARC | ID | - IDENTIFICATION | INT | - INTEREST |
| LD | - LONG DISTANCE CA | WF | - WITNESS FEE | W/O | - WRITEOFF |
| SP | - SERVICE OF PROC | BGID | - DETECT BGI | STO | - STORAGE |
| RSH | - RUSH | DSC | - DISCOUNT | | |
| MLG | - MILEAGE | STA | - STOCK ACCOUNT | FR | - FINANCIAL REPORT |
| HRS | - HOURS | MLN | - MULTI-NAME | RTC | - RETURNED CHECK |
| AFF | - AFFIDAVIT | BGI | - BACKGROUND INVE | AP | - ADVANCE PAYMEN |

Page 1 of 1

TransWest Investigations, Inc. | (213) 381-1500 | 2500 Wilshire Blvd., Suite 1200, Los Angeles, CA 90057 | TransWestOnline.com