Case 1:14-cv-00133-TC   Document 39   Filed 09/30/15   Page 1 of 3

James S. Lowrie (USB #2007)
Jessica P. Wilde (USB #11801)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
*jlowrie@joneswaldo.com*
*jwilde@joneswaldo.com*

*Attorneys for Plaintiff Global Freight Systems Co. W.L.L.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>Defendants. | **DECLARATION OF RICHARD S. ALTMAN**<br><br>Case No. 1:14-cv-00133-TC<br><br>Honorable Tena Campbell |

Richard S. Altman, being duly sworn, deposes and says:

1. I am an attorney licensed to practice law in the state of New York and I practice law at Reisman, Rubeo, McClure & Altman, LLP, located in Hawthorne, New York.

2. I make this Declaration in support of an award of attorney fees and costs that have been incurred by plaintiff Global Freight Systems Co. W.L.L. ("Global Freight").

3. I have known Joseph Thomas of Global Freight for several years and have represented Global Freight in this matter and prior engagements.

1208480.1

4. My representation of Global Freight in connection with this matter commenced January 2013.

5. My billing rate is $375 per hour, and is reasonable for the rates charged by New York attorneys.

6. I have drafted demand letters for Global Freight and assisted James S. Lowrie and Jessica P. Wilde of Jones Waldo Holbrook & McDonough, PC in their representation of Global Freight in the above-captioned matter.

7. The total amount of fees that Global Freight has incurred in connection with my representation is $4,609.[1]

8. A Statement of Account, attached as Exhibit A, summarizes all of the invoices that have been sent to Global Freight and the payments that have been made by it.

9. Further, the invoices I have sent to Global Freight are attached as Exhibit B. The billing entries contained in the invoices include minor redactions to protect the attorney-client privilege.

I declare under criminal penalty of perjury, pursuant to U.S.C. § 1746, that the foregoing is true and correct.

EXECUTED this 30th day of September, 2015.

/s/ Richard S. Altman (executed with permission)
Richard S. Altman
(Original is on file with Plaintiff's counsel and may be provided upon request)

---

[1] One deduction in the amount of $112.50 has been made, representing time billed by me on January 21, 2014, which was related to a separate matter. *See* January 31, 2014 Invoice, attached as Exhibit B.

1208480.1

## ELECTRONIC CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September, 2015, I caused the foregoing **DECLARATION OF RICHARD S. ALTMAN** to be served, via electronic filing, on the following:

>Gary Anderson
>Christian Hansen
>595 South Riverwoods Parkway, Suite 100
>Logan, Utah 84321
>gary@hao-law.com
>christian@hao-law.com

/s/ Jessica P. Wilde

1208480.1