James S. Lowrie (USB #2007)
Jessica P. Wilde (USB #11801)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
*jlowrie@joneswaldo.com*
*jwilde@joneswaldo.com*

*Attorneys for Plaintiff Global Freight Systems Co. W.L.L.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>Defendants. | **GLOBAL FREIGHT SYSTEMS CO. W.L.L.'S DISCLOSURE OF A NON-RETAINED EXPERT WITNESS**<br><br>Case No. 1:14-cv-00133-TC<br><br>Honorable Tena Campbell |

Plaintiff Global Freight Systems Co. W.L.L. (Global Freight) hereby discloses, under Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, Anthony Dsouza of Global Freight, as a non-retained expert witness.

Mr. Dsouza will testify regarding Global Freight's damages for each of its claims set forth in the Complaint.  In short, Global Freight has been damaged in the amount of $248,675.00, plus pre- and post-judgment interest and attorney's fees and costs.  Mr. Dsouza was designated as Global Freight's Rule 30(b)(6) witness and the facts underlying Global Freight's

1214293.1

damages calculation are largely set forth in Mr. Dsouza's deposition transcript, supported by the invoices that were sent by Global Freight to defendant Al-Morrell Development, LLC.

DATED this 30th day of November, 2015.

/s/ Jessica P. Wilde
James S. Lowrie
Jessica P. Wilde
Counsel for Plaintiff Global Freight Systems Co.
W.L.L.

1214293.1

## ELECTRONIC CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2015, I caused the foregoing

**GLOBAL FREIGHT SYSTEMS CO. W.L.L.'S DISCLOSURE OF A NON-RETAINED**

**EXPERT WITNESS** to be served, via electronic filing, on the following:

>Gary Anderson
>Christian Hansen
>595 South Riverwoods Parkway, Suite 100
>Logan, Utah 84321
>gary@hao-law.com
>christian@hao-law.com


>*/s/ Jessica P. Wilde*

1214293.1