# Exhibit D

**Richard Altman**

| | |
|---|---|
| From: | Paul Morrell <Paul.Morrell@almorrell.com> |
| Sent: | Monday, December 10, 2012 2:06 PM |
| To: | Richard Altman |
| Cc: | Alan Morrell |
| Subject: | RE: Global Freight Systems Co. W.L.L. vs. Al-Morrell Development LLC |

Dear Mr. Altman,
Al Morrell Development (AMD) sold all of her assets and her liabilities to Bright Pearl (BP) as of 1/1/12. AMD currently has no assets, income or operations so suing her is going to be a waste of your time and money. BP has enjoyed the benefit of the services provided by Global Freight and is ultimately the responsible party.
I'm sorry for the confusion but BP has not been as forth coming as it should be in assuming her liabilities.
Paul Morrell
Chairman
AMD

**From:** Richard Altman [mailto:raltman@richardaltmanpc.com]
**Sent:** Monday, December 10, 2012 7:01 AM
**To:** Paul Morrell
**Cc:** Alan Morrell; corey.larson@almorrell.com
**Subject:** Global Freight Systems Co. W.L.L. vs. Al-Morrell Development LLC

Mr. Paul Morrell
Chairman
Al-Morrell Development LLC
8369 S. Sandy Parkway
Sandy, Utah 84070

**RE: Delinquent Balance Due to Global Freight Systems Co. W.L.L**
    **US$248,675.00**

Dear Mr. Morrell:

Please be advised that this law firm represents Global Freight Systems Co. W.L.L. in the United States. Please review the attached letter on behalf of our client. Only immediate corrective action will avert a lawsuit.

Sincerely,

Richard Altman

Richard Altman, P.C.
Attorney-At-Law
151 Broadway
Hawthorne, New York 10532
(914) 393-3982 (Tel.)
(203) 961-3939 (Fax)
www.richardaltmanpc.com

1

GFS Genoa Gama 00130