# Exhibit E

# JESSICA WILDE

| | |
|---|---|
| **From:** | Christian Hansen [christian@hao-law.com] |
| **Sent:** | Wednesday, December 23, 2015 9:38 AM |
| **To:** | JESSICA WILDE |
| **Cc:** | JIM LOWRIE; Gary Anderson |
| **Subject:** | RE: Order re: Fees |

Jessica:

It is Paul's position that the judgment against AMD is an AMD obligation and that AMD does not have any cash or assets to satisfy the judgment.

**R. CHRISTIAN HANSEN**
*Attorney*

595 South Riverwoods Pkwy, Suite 100
Logan, Utah 84321
*phone* 435.752.2610
*fax* 435.753.8895
*toll-free* 877.752.2611
*e-mail* christian@hao-law.com



Hillyard ▪ Anderson ▪ Olsen
ATTORNEYS AT LAW

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. IRS Circular 230 Disclosure: Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter. Thank you.

**From:** JESSICA WILDE [mailto:JWilde@joneswaldo.com]
**Sent:** Monday, December 21, 2015 3:06 PM
**To:** Christian Hansen <christian@hao-law.com>
**Cc:** JIM LOWRIE <JLOWRIE@joneswaldo.com>
**Subject:** Order re: Fees

Christian:

You probably saw Judge Wells' order regarding fees. I am writing to you to understand what Paul Morrell's intentions are with respect to Global Freight's award of fees and the summary judgment ruling against AMD. Does Mr. Morrell intend to pay this or is it his position that AMD does not have the money to pay this? We would like to know before we go ahead with filing a motion to certify the judgment as final, seeking to collect against AMD, and moving for summary judgment against Paul Morrell, individually. If you could get back to me sometime this week I would appreciate that. Thank you.

Jessica