# *EXHIBIT 1*

Gary N. Anderson (0088)
R. Christian Hansen (11449)
**HILLYARD ANDERSON & OLSEN, P.C.**
595 South Riverwoods Parkway, Suite 100
Logan, Utah 84321
Telephone:  (435) 752-2610
Facsimile:  (435) 753-8895
gary@hao-law.com
christian@hao-law.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>Defendants. | **SECOND DECLARATION OF PAUL A. MORRELL**<br><br><br>Case No.  1:14-cv-00133-TC<br>Honorable Tena Campbell |

Paul A. Morrell, being duly sworn, deposes and says as follows:

1.      I am the managing member of Al-Morrell Development, LLC ("AMD"), I am competent to testify and I have personal knowledge of the statements made herein.

2.      Attached hereto as Exhibit "A" is a document maintained in the regular course of AMD business representing personal funds I contributed to the payment of Bright Pearl payroll,

Bright Pearl vendors, and other necessary expenses to keep Bright Pearl operational after AMD transferred its assets to Bright Pearl.

3. The payment of these expenses was necessitated by the fact that Essam, the Iraqi purchaser of Bright Pearl, became involved in a dispute with the Iraqi government in mid-to-late January 2012. As a result of this dispute Essam's assets were frozen by the Iraqi government. It took Essam approximately six months to resolve the dispute and gain access to his assets.

4. During the time Essam's assets were frozen, Essam requested that I assist in paying the Bright Pearl expenses to keep Bright Pearl operational. These expenses include the $1.4 million in AMD payables that were transferred to Bright Pearl as part of the AMD/Bright Pearl transaction.

5. The total amount I contributed to keep Bright Pearl operational after AMD sold its assets to Bright Pearl was $4,181,656.54.

6. As a managing member of AMD, I participated in direct negotiations with Essam, the Iraqi purchaser of Bright Pearl, and his attorney in Iraq. As a result of those direct negotiations Essam agreed to pay $18 million[1] to purchase AMD's assets. $10 million was due upon the signing of the Assets Sale Agreement, $4 million was due on or before October 1, 2012, and $4 million was to be paid after the assets that were the subject of the Assets Sale Agreement were transferred.

7. At the time AMD transferred $3 million to me in January 2012, it was understood that Essam would transfer the remaining $8 million as part of the purchase price of AMD's assets.

---

[1] In my deposition testimony it was my recollection the purchase price was $16 million. Reviewing the Assets Sale Agreement in more detail the actual purchase price was $18 million.

8.	It was not until later in 2012 as the assets were completely transferred to Bright Pearl and the October 1, 2012, deadline for payment passed that it became apparent the purchasers were not going to pay the balance owed of $8 million.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this __2__ day of March, 2016.

_____
Paul A. Morrell

# EXHIBIT A

# Al-Morrell Development
## Transaction Detail by Account
### January through June 2012

**2430 · Long Term Loans**
**2432 · Shareholder 1 Loan**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Debit | Credit | Original Amount | Accrual Basis Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| General Journal | 01/27/2012 | 0272-04SB | | Paul Morrell Wife | | | 1110.1 · JP Morgan Chase | | 150,000.00 | 150,000.00 | 150,000.00 |
| General Journal | 01/31/2012 | 0101-52AS | | Paul Morrell Payments-AMD Sale legal & Commissions | | | 1110.3 · JPM Chase - PM Operating Acct | | 1,298,405.39 | 1,298,405.39 | 1,448,405.39 |
| General Journal | 01/31/2012 | | | Repayment to Paul ST Loan | | | 1110.1 · JP Morgan Chase | 150,000.00 | | (150,000.00) | 1,298,405.39 |
| Deposit | 02/05/2012 | DEP | Admin Domestic | Paul Morrell Contribution | | | 1110.1 · JP Morgan Chase | | 250,000.00 | 250,000.00 | 1,548,405.39 |
| Deposit | 02/14/2012 | DEP | Admin Domestic | Paul Morrell Contribution | | | 1110.1 · JP Morgan Chase | | 105,000.00 | 105,000.00 | 1,653,405.39 |
| Deposit | 02/23/2012 | DEP | Admin Domestic | Paul Morrell- | | | 1110.1 · JP Morgan Chase | | 250,000.00 | 250,000.00 | 1,903,405.39 |
| General Journal | 02/29/2012 | 0101-54AS | | Paul M Payments-Feb 2012 | | | 1110.3 · JPM Chase - PM Operating Acct | | 101,019.00 | 101,019.00 | 2,004,424.39 |
| Deposit | 03/08/2012 | DEP | Admin Domestic | Paul Morrell Contribution | | | 1110.1 · JP Morgan Chase | | 275,000.00 | 275,000.00 | 2,279,424.39 |
| Deposit | 03/28/2012 | DEP | Admin Domestic | Paul Morrell Contribution | | | 1110.1 · JP Morgan Chase | | 310,000.00 | 310,000.00 | 2,589,424.39 |
| Deposit | 03/30/2012 | DEP | Admin Domestic | Paul Morrell Contribution | | | 1110.1 · JP Morgan Chase | | 100,000.00 | 100,000.00 | 2,689,424.39 |
| General Journal | 03/31/2012 | 0101-54AS | | Paul M Payments-Mar 2012 | | | 1110.3 · JPM Chase - PM Operating Acct | | 4,087.50 | 4,087.50 | 2,693,511.89 |
| General Journal | 04/01/2012 | 0412-01SB | | Paul Morrell | | | 1110.1 · JP Morgan Chase | | 85,000.00 | 85,000.00 | 2,778,511.89 |
| General Journal | 04/30/2012 | 0412-23SB | | Paul Morrell | | | -SPLIT- | | 80,000.00 | 80,000.00 | 2,858,511.89 |
| General Journal | 04/30/2012 | 0412-23SB | | Paul Morrell Wife | | | 2432 · Shareholder 1 Loan | | 75,000.00 | 75,000.00 | 2,933,511.89 |
| General Journal | 04/30/2012 | 0412-23SB | | Paul Morrell Wife | | | 6900 · Travel & Ent | | 330,000.00 | 330,000.00 | 3,263,511.89 |
| General Journal | 04/30/2012 | 0412-25NP | | Travel expenses for Apr. | Utah:Executive | | 1110.1 · JP Morgan Chase | | 3,144.65 | 3,144.65 | 3,266,656.54 |
| General Journal | 05/31/2012 | 0312-04SB | | Paul Morrell | | | 1110.1 · JP Morgan Chase | | 35,000.00 | 35,000.00 | 3,301,656.54 |
| General Journal | 05/31/2012 | 0312-04SB | | Paul Morrell | | | 1110.1 · JP Morgan Chase | | 175,000.00 | 175,000.00 | 3,476,656.54 |
| General Journal | 05/31/2012 | 0312-04SB | | Paul Morrell | | | 1110.1 · JP Morgan Chase | | 100,000.00 | 100,000.00 | 3,576,656.54 |
| General Journal | 05/31/2012 | 0312-04SB | | Paul Morrell | | | 1110.1 · JP Morgan Chase | | 450,000.00 | 450,000.00 | 4,026,656.54 |
| General Journal | 06/28/2012 | 0112-37CL | | Loan from Paul | | | 1110.1 · JP Morgan Chase | | 155,000.00 | 155,000.00 | 4,181,656.54 |

**AMD 0183**