*EXHIBIT 2*

# COPY OF TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L. GAMA CENTER; and GENOA PLASTIC INDUSTRIES, | Deposition of: |
| Plaintiffs, | **Paul Morrell** |
| vs. | |
| AL-MORRELL DEVELOPMENT, LLC and PAUL A. MORRELL, | Case No. 1:14-CV-00133-TC |
| | Hon. Tena Campbell |
| Defendants. | |

---

August 11, 2015 * 9:00 a.m.

Location:  Jones Waldo Holbrook & McDonough
3325 North University Avenue, Suite 200
Provo, Utah 84604

Reporter:  Diana Kent, RPR, CRR
Notary Public in and for the State of Utah



236 SOUTH 300 EAST
SALT LAKE CITY, UT 84111
WWW.CITICOURT.COM

CITICOURT
THE REPORTING GROUP

801-532-3441
FAX: 801-532-3414
INFO@CITICOURT.COM

1  which was a partnership between me and a brother at the
2  time, Paul Morrell, Incorporated went offline,
3  essentially.
4       Q.   And what's the status of Al-Morrell
5  Development today?
6       A.   I own it in its entirety. It hasn't had
7  any activity other than cleaning up since 2011. But
8  I'm the sole owner.
9       Q.   You said it started as a partnership
10 between you and your brother?
11      A.   That's correct.
12      Q.   And that's Phillip?
13      A.   Phillip Morrell, that's correct.
14      Q.   And what has been the cleaning up activity
15 since 2011?
16      A.   Well, much of it revolves around this case
17 we are going to talk about today. So AMD - and I'm
18 using AMD as a reference to Al-Morrell Development -
19 owned all of our assets in Iraq. And as the military
20 exited in 2011, AMD sold her assets to a local entity
21 we created called Bright Pearl. And Bright Pearl was
22 then sold to an Iraqi organization. And AMD had to go
23 through a transition during 2011 to transition
24 employees and assets, primarily, to this new entity.
25 And that's the cleanup I'm referring to.

1    A.    I don't recall uttering those words, no.

2    Q.    Did you give an instruction to that
3  effect?

4    A.    I don't recall giving an instruction to
5  that effect. I do recall that we celebrated the sale
6  internally. We embraced the new owners, they were on
7  site, e-mails changed. There was nothing secretive
8  about the transaction.

9    Q.    When you say e-mails changed, are you
10 aware that after December 31, 2011 that people
11 connected with the operation of Bright Pearl continued
12 to use the AMD e-mail system?

13   A.    Absolutely I'm aware of that. Nothing
14 happens of this magnitude overnight. Everybody knew
15 this was going to be a process. Everybody expected it
16 to take 30 to 60 days.

17   Q.    All right. And so with respect to the
18 concept that everybody knew, first of all strike that
19 answer. Move to strike that answer as nonresponsive.

20         But I will ask you this question: Who
21 were you referring to when you say "everybody knew"?
22 Internal or external?

23   A.    I worked -- the short answer is internal.

24   Q.    Okay.

25   A.    But there were never any instructions to

Case 1:14-cv-00133-TC   Document 53-2   Filed 03/03/16   Page 5 of 17

Paul Morrell  *  August 11, 2015                    27

hide any of this activity from anybody external. And Iraq is actually a very, very small business community. Everybody knows everything about everybody. So my staff, I'm sure, communicated those changes to the vendors. Let me rephrase that. I am confident my staff communicated those changes to the vendors.

Q. Even though you didn't tell them to?

A. Even though I didn't tell them to. Because I didn't tell them not to, I'm sure they communicated it.

Q. And can you tell me any communication to any vendor to the effect that this business has been sold and AMD is no longer responsible?

A. No.

Q. Tell me about the closing of the sale of Bright Pearl to the Iraqis.

A. Okay. What would you like to know?

Q. When did it take place?

A. The signatures were exchanged, as I recall, in Baghdad on January 6th, effective December 31st. And I may be off one or two days, but it's in that window.

Q. Was everybody in the same room or was this done by e-mail or what?

MR. HANSEN: Objection. Vague as to

CITICOURT, LLC
(801) 532-3441

```
 1   continue to operate Bright Pearl, but as contracted
 2   employees between AMD and Essam?
 3        A.   I think the way you stated that is not
 4   accurate.
 5        Q.   Okay.  Well, why don't you correct me.
 6        A.   They were Bright Pearl employees being
 7   paid through AMD, because Bright Pearl had no vehicle
 8   to pay employees and it was going to take them some
 9   time to establish that vehicle.
10        Q.   So "employee leasing vendor" means that
11   you are -- that AMD is selling them employee accounting
12   and related services?
13        A.   Payroll services. That's correct. They
14   still reported to Bright Pearl people. They still were
15   hired and fired by Bright Pearl people. They
16   essentially functioned as Bright Pearl people after
17   that date.
18        Q.   And then later down you say, "We transfer
19   $1.4 million in liabilities to Bright Pearl. I
20   anticipate the actual transfer to be a function of AMD
21   paying the payables as AMD is legally obligated and
22   then invoicing Bright Pearl for reimbursement." That
23   was your expectation as of the day of closing?
24        A.   That's correct.
25        Q.   Is that how it worked out?
```

1    A.    AMD paid most of the payables. But Bright
2 Pearl was not very good at reimbursements. So no, it
3 didn't work out that way.
4    Q.    Okay. But that was your intention at the
5 time?
6    A.    It was my intention to make sure of the
7 vendors were all satisfied, and then we would deal with
8 Bright Pearl.
9    Q.    And you felt like AMD was legally
10 obligated with respect to all the liabilities that had
11 to be cured prior to the date of closing?
12         MR. HANSEN: Objection to the extent it
13 calls for a legal conclusion.
14    A.    I believe we were legally obligated for
15 all liabilities prior to December 31, 2012, or 2011.
16    Q.    And you don't know of any formal notice
17 that was sent to any vendor to AMD to the effect that,
18 "We are no longer responsible for any purchases on
19 behalf of the bottled water facilities --"
20    A.    I'm not --
21    Q.    "-- that we have now sold to Bright
22 Pearl."
23    A.    I'm not aware of a formal notice, no.
24         **(EXHIBIT 7 WAS MARKED.)**
25    Q.    Do you have Exhibit 7 before you?

1    A.    I don't know.  But his first name is
2    Ibrahim, but I don't know how you say the last name.
3    Q.    You don't know how to say the "J"s?
4    A.    No.
5    Q.    Can you tell me who Andrew Sanders is?
6    A.    Again, I don't recall his title.  He
7    worked in the finance department somewhere.
8    Q.    Can you tell me who Paul Nelson is?
9    A.    Paul Nelson was my chief of operations in
10   the Middle East.  He was my operations manager.
11   Q.    All right.  So as of June 12 of 2012, for
12   whom did these people work?
13   A.    Bright Pearl.
14   Q.    Would you go back to Exhibit 6, please.
15   A.    Sure.
16   Q.    On the paragraph that says -- actually, I
17   don't know how to break this into paragraphs, but after
18   the word "Phil" on the bottom.
19   A.    Yes.
20   Q.    Eight lines down, it says, "We will
21   probably NOT," all caps, "transfer expats to Bright
22   Pearl as that makes them subject to Iraqi taxes."
23   Would you tell me what that means?
24   A.    Well, like I mentioned before, Bright
25   Pearl didn't have a vehicle to pay a lot of people.

1  They had vehicles to pay Iraqi nationals because their
2  Pepsi factory handled those. But only, I don't know,
3  20 or 30 percent of our staff were Iraqi nationals. So
4  they had to sort through all of the issues related with
5  all the other employees.
6         My U.S. employees objected to being on an
7  Iraqi payroll because then they would have to pay Iraqi
8  taxes and then come back to the U.S. and pay U.S.
9  taxes. And while there is a -- I don't recall what you
10 call that agreement between the two tax authorities
11 that they get credit for the Iraqi taxes, but they just
12 didn't want to go through that process because the
13 Iraqi government was so incredibly corrupt. Still is.
14 So we were still running them through our payroll
15 systems in order to compensate them.
16         But as of January 3rd, they were Bright
17 Pearl employees. They were reporting to Bright Pearl
18 management. They were executing under Bright Pearl
19 authority. Tolly DiCosmo was a Bright Pearl employee
20 as of June 3rd. They were all Bright Pearl employees.
21 And they still were as of the date of this e-mail in
22 June.
23     Q.    And that was your view of things?
24     A.    That's correct.
25     Q.    So now let's take those two sentences

1  together, the one we focused on initially, "AMD will
2  function as an employee leasing vendor for Bright Pearl
3  until we transfer them to Bright Pearl.  We will
4  probably NOT transfer expats to Bright Pearl as that
5  makes them subject to Iraqi taxes.  This is still being
6  investigated."  Who was doing what ongoing
7  investigation?
8        A.    That relates to the question of if they
9  pay Iraqi taxes what does that mean to them?  Will
10 those taxes be reciprocated by the U.S. IRS?  Will the
11 Iraqi government allow them to work in Iraq if they are
12 on a U.S. payroll going forward?  Because we were in a
13 transition time here in January.  We had been working
14 under the military up until a month before this date.
15 As of a month, we are no longer under that military
16 umbrella.  So a lot of things are changing pretty fast.
17       We had no question that the Iraqi
18 nationals were going to transfer to the Bright Pearl
19 payroll systems under the head of GM Pepsi.  We weren't
20 sure how they were going to handle the Filipinos and
21 the Pakistanis and the Ethiopians and Romanians and all
22 of what we called third country analysis.  The
23 Americans, we were trying to decide how or what would
24 be most beneficial for the company and the employees.
25 So all the issues had to be resolved.  We all knew it

1  was going to take time.  But from a reporting
2  standpoint, they were reporting to Bright Pearl as of
3  January 4th.
4      Q.  And the second part of my question is who
5  was doing this investigation?
6      A.  The point person was probably Marty
7  Petersen.  This is something that would fall into his
8  area.  But he was probably delegating the details to
9  various people in his department.
10     Q.  Okay.  Now, I want to make sure I
11 understand your words here.
12     A.  Okay.
13     Q.  "AMD will function as an employee leasing
14 vendor for Bright Pearl until we transfer them to
15 Bright Pearl."  What is the precedent for the pronoun
16 "them"?
17     A.  The "them" would be the employees.
18     Q.  Okay.  "And we will probably NOT transfer
19 expats to Bright Pearl," and that is a reference to
20 people, not to functions.
21     A.  No.  It's a reference --
22         MR. HANSEN:  I just want to object.  What
23 is a reference to people not functions?
24     Q.  "We will probably not transfer expats."
25 The word "expats" is a reference to people, or to

```
 1   the Middle East to legalizing documents, recognizing
 2   those are the assets that are being transferred to
 3   Bright Pearl.
 4        Q.   Okay.  So in that way you documented, the
 5   way they do in the Middle East, the asset drop, so that
 6   when he gets the equity interest in Bright Pearl he
 7   knows what Bright Pearl owns.
 8        A.   That's correct.
 9        Q.   Now, I have to confess one hundred percent
10   unfamiliarity with the system of titling ownership in
11   Iraq.  Is there such a thing?
12        A.   You called it titling ownership?
13        Q.   Yeah.
14        A.   I am not a Middle East legal expert, but
15   these assets were unique in the sense that they were
16   brought into Iraq under the U.S. military umbrella, so
17   they didn't go through customs.  They didn't go through
18   any taxation.  They didn't go through any local Iraqi
19   country acknowledgement of the assets which, by the
20   way, made it impossible for me to take them out of the
21   country after the military left.  And so these were
22   kind of unique assets.
23             But the Iraq government was a fledgling
24   government and you could -- not me, but this guy could
25   purchase about anything he needed from anybody in Iraq.
```

1  And he got things done. That's why I had to sell it to
2  an Iraqi entity, because a U.S. entity couldn't operate
3  in the country post-military.
4      Q.   Okay.
5           Is that what you wanted to know?
6           MS. WILDE: Sure. That makes it very,
7  very clear.
8      A.   I'll give you one example, and he is going
9  to be upset that I talk too much. At one point we
10 decided to move $100,000 worth of assets back to the
11 U.S. for some operations we had here. As we took them
12 off the military base, the Iraqi generals in charge of
13 the military base confiscated them and told us that if
14 we could jump through enough hoops, they would give
15 them back to us. We never got them back.
16          So they made it very clear that if we
17 tried to move an asset off the base, we were going to
18 lose it. Because as long as it was on the base, the
19 Iraqi generals owned it, I'm putting quotes around
20 "owned." And so the only option we had was to give it
21 to somebody that was politically connected enough to
22 deal with the Iraqi generals.
23     Q.   And so a different way of asking one of my
24 questions is in the U.S. we have such a thing as titles
25 to motor vehicles, as I'm sure you're aware. Does Iraq

1     A.    Saif Law was the legal representative for
2  Essam.
3     Q.    Okay.  So you're working directly with
4  Essam's lawyer.
5     A.    This e-mail, yes.
6     Q.    And at that time you were still a bit up
7  in the air about the way you were going to handle the
8  employees in the sales transaction of Bright Pearl?
9     A.    Up in the air?  Let me be more specific.
10 A transaction of this magnitude doesn't happen
11 immediately.  It takes time.  We knew it was going to
12 take 30 to 60 days to transition everything over.  It
13 takes 60 days just to get the legal documents from
14 apostille in the U.S. State Department and through the
15 Iraqi embassy and to the Utah state government.  I
16 mean, it takes time.  So "up in the air" is not the
17 right word.  Recognizing it was going to take time to
18 actually execute the transaction is more accurate.
19    Q.    Looking at the main point of number 3.
20    A.    Okay.
21    Q.    "Transfer responsibility to pay all
22 employees (current burn rate); (a) could lease them
23 from AMD or (b) terminate them from AMD and pay them
24 from new company."  Those are the options you were
25 looking at on December 31, 2011?

1   Q.   And there was approximately $4 million in
2   working capital remaining at the time?
3   A.   Ballpark.
4   Q.   And that $4 million, what became of it?
5   A.   The company was running a $3 million per
6   month burn rate that Essam was supposed to step up to,
7   and you'll see that in all of the e-mails. And they
8   were slow to step up to it. So the working capital was
9   used to keep the wheels on the company. The $4 million
10  I had, plus a couple million more out of my pocket was
11  used to keep the wheels on the company until the Essam
12  group finally stepped up and took over the obligation.
13  Q.   So they stiffed you for the $6 million
14  second payment and $6 million in working capital?
15  A.   Your math is correct.
16  Q.   Interesting.
17  A.   Let me give you a little bit of color to
18  that. So the buyer, Essam, was -- first of all,
19  operating in Iraq in that particular time, and really
20  until today, requires relationships. And he was very
21  closely connected to the president, Maliki. And
22  shortly after the U.S. left, they left in early
23  December, or late November, within a few weeks Maliki
24  arrested his vice-president, who was of a different
25  religious origin. And this is going on while we are

1   completing this transaction.
2           A month after he arrested the
3   vice-president, this particular person who purchased my
4   company, this is mid to late January, was hauled before
5   the courts and charged with all kinds of litigation
6   which essentially froze all of his assets.
7       Q.      Was Essam Shia?
8       A.      He was the same as Maliki. You try and
9   keep those two separate. I'm not sure of -- he was the
10  same as Maliki. But he was used as a whipping boy to
11  influence Maliki.
12          So his assets are frozen now in mid to
13  late January. He comes to me and says, "Paul, keep the
14  wheels on the company. I will reimburse you." And he
15  was most of six months getting the latitude he needed
16  again to get to operate the business. And at the end,
17  he stiffed me. So that's some color.
18      Q.      Okay. So while the sale took place on
19  January 3, 2012, effectively as an assist to the
20  purchaser you continued to fund the operations of the
21  company and to assist in the direction of the company
22  such that it would remain viable?
23      A.      Under his direction, I continued to
24  assist. So the management turned over to his people,
25  GM Pepsi, Haidar, and they took over management, they

1   took over operations, they took over ordering, they
2   took over purchasing, they took over production, they
3   took over distribution, and they took over sales. They
4   didn't take over the payments, the accounts payable.
5   But they benefitted from all the sales. All of the
6   income either went to operations or it went to Essam.
7   None of the income came out to me.
8          Q.   Do you dispute the amount that Global
9   Freight Systems is claiming in this case? I understand
10  you dispute your liability for it, but do you dispute
11  the amount they are claiming?
12         A.   I am not agreeing nor disputing it. I
13  don't know. It could be right. It could be wrong. I
14  don't know.
15         Q.   If you wanted to find out, where would you
16  go?
17         A.   Most of the people that have those answers
18  are scattered all over the world. I actually asked my
19  executive team. Nobody recalls. They drilled down one
20  layer of management that they could locate, and they
21  don't recall. So I don't have an answer to that
22  question.
23         Q.   After -- to your knowledge, after January
24  3, 2012 when people who had been AMD employees became
25  reportable to Essam and his organization, was there any