*EXHIBIT 3*

# COPY OF TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L. GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>    Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, LLC and PAUL A. MORRELL,<br><br>    Defendants. | 30(b)(6) Deposition of Global Freight Systems through:<br><br>__Anthony Dsouza__<br><br>Case No. 1:14-CV-00133-TC<br><br>Hon. Tena Campbell |

---

September 23, 2015 * 9:00 a.m.

Location:  Jones Waldo Holbrook & McDonough
170 South Main Street, Suite 1500
Salt Lake City, Utah 84111

Reporter:  Diana Kent, RPR, CRR
Notary Public in and for the State of Utah

236 SOUTH 300 EAST
SALT LAKE CITY, UT 84111
WWW.CITICOURT.COM


CitiCourt
THE REPORTING GROUP

801-532-3441
FAX: 801-532-3414
INFO@CITICOURT.COM

1  Q.    Sure. Yeah.
2  A.    I will tell you what exactly Paul Nelson
3  said to me.
4        Can I just read this out?
5  Q.    Can I ask you a couple questions before
6  you do? Have you previously produced those documents
7  to your attorney?
8  A.    A whole set of documents. Maybe some she
9  has. I'm not sure. Maybe she has. I'm not sure about
10 that.
11 Q.    I guess I'd just request that we get
12 copies. To the extent they haven't been produced, if
13 you could just provide us copies.
14       MS. WILDE: And I anticipated you would
15 ask, so I actually have a binder for you.
16       MR. HANSEN: Great. Thanks. One step
17 ahead.
18 A.    I wrote this e-mail on August 10th to Paul
19 Nelson, copied it to Ibrahim, Alan Morrell, Corey
20 Larson, and Andrew Saunders. Those were the people at
21 that time at Al-Morrell. I wrote that we were willing
22 to cooperate and support your logistics requirement.
23 Okay? And invoice in the name of Bright Pearl. I also
24 explained to him that our existing contract expired on
25 15 July, 2012.

1       And AMD, AMD has materials still stored in
2  our warehouse which was incurring a monthly rental fee.
3  You could read the rest later.
4       And then, "Finally, based on a telephone
5  conversation with you and Ibrahim we have been told AMD
6  has sorted out the issues in Iraq and our long
7  outstanding payments will be cleared."
8       To this e-mail, Paul Nelson's reply says,
9  "Thanks Anthony. He is asking Ibrahim a few things.
10 And then he says, "Anthony, anything related to Bright
11 Pearl, we need to receive a pro forma invoice in
12 advance to include banking details, submit it to
13 Ibrahim."
14      And then he writes, "Correct, we are still
15 working on the finer details with our Iraqi partner so
16 Al-Morrell can pay all creditors, but at present we do
17 not have a date. Please continue to follow up so we
18 can give you current information."
19      Q.    Can I look at that just real quick?
20      A.    Sure.
21      Q.    Thank you.
22            (Discussion off the record.)
23            **(EXHIBIT 23 WAS MARKED.)**
24      Q.    I'm going to show you what's been marked
25 as Exhibit 23. You were previously discussing an

1  e-mail correspondence between you and Mr. Nelson, Paul
2  Nelson.
3       A.    Right.
4       Q.    And is Exhibit 23 the e-mail correspondence
5  you were referencing in your testimony?
6       A.    Yes.
7       Q.    And it was in this e-mail correspondence
8  that you first learned of Bright Pearl?
9       A.    Correct.
10      Q.    Okay. Can I see that for just a second?
11      A.    Sure.
12      Q.    And so by virtue of this e-mail
13 correspondence, did this start a relationship between
14 Global Freight and Bright Pearl?
15      A.    No.
16      Q.    Did Global Freight ever provide services
17 to Bright Pearl?
18      A.    To answer your question, the way we
19 understood it was that Al-Morrell was making bottles of
20 water for the U.S. military. Okay? The bottles of
21 water were exactly like this glass, okay? They would
22 be sealed, with no label.
23           Bright Pearl was a brand with a sticker
24 that came on the bottle. That was in August of 2012.
25 To my understanding it was Al-Morrell selling a product

From: Ibrahim Najjar ibrahim.najjar@almorrell.com
Subject: Re: GFS Contract - Service Provider Agreement
Date: August 10, 2012 at 6:23 PM
To: Paul Nelson Paul.Nelson@almorrell.com
Cc: anthony@global-freight.net, Alan Morrell Alan.Morrell@almorrell.com, Corey Larsen Corey.Larsen@almorrell.com, Andrew Saunders Andrew.Saunders@almorrell.com

Dear Mr. Paul,

We do have nails 1350 box and closure 1 pallet 30 box from Genoa that need to be shipped to Iraq, total of 2 trucks load.
So far nothing at GFS storage belong to Bright Pearl as whatever is coming from glue or label once it is cleared will be delivered to GFS warehouse where it will be consolidated in one shipment and than move to Baghdad.

Regards,

Ibrahim Najjar
Purchasing Specialist
Al Morrell Development
Tel # 00965-97781193
e-mail: Ibrahim.najjar@almorrell.com

On Aug 10, 2012, at 15:40, "Paul Nelson" <Paul.Nelson@almorrell.com> wrote:

> Thanks Anthony,
>
> Ibrahim, what raw materials are in Kuwait warehouse and what do you recommend we do with them. When is our next invoice for warehouse storage and when did Bright Pearl start storing raw materials, we need to ensure invoices are separate.
>
> Anthony, anything related to bright pearl, we need to receive a proforma invoice in advance to include banking details, submit it to Ibrahim and we/he will request bright Pearl wire the funds ASAP.
>
> Correct, we are still working on the finer details with our Iraqi Partner so AMD can pay all creditors, but at present we do not have a date. Please continue to follow up so we can give you current information.
>
> We are all working for bright Pearl, but we are also assisting AMD until issues are closed.
>
> Thanks
>
> *Paul Nelson*
> *VP & General Manager*
> *Bright Pearl for Purifying & Bottling Water, Ltd.*
> Iraq VOiP +1 801 508 6230
> Iraq Zain + 964 (0) 7704621061
> paul.nelson@almorrell.com
> www.pearliraq.com
> <image001.png>
>
> From: Anthony Dsouza [mailto:anthony@global-freight.net]
> Sent: Friday, August 10, 2012 11:46 AM
> To: Paul Nelson
> Cc: Ibrahim Najjar; Alan Morrell; Corey Larsen; Andrew Saunders
> Subject: Fwd: GFS Contract - Service Provider Agreement
>
> Hello Paul,
>
> We are willing to continue to support your logistics requirements requested through your



EXHIBIT 23
WIT: DSouza
DATE: 9-23-15
CitiCourt, LLC

office representative in Kuwait. We can also work on sending you an Invoice in the name of *Bright Pearl for purifying & Bottling Water Ltd.* and send you a Purchase Order request for each of the services you need against a cash payment to our Kuwait office.

Our existing contract expired on 15th July and AMD still has material in storage in our warehouse which is incurring a monthly rental fee of US $ 550 ( approx ) Further additional material in the form of labels and glue which is scheduled to arrive will also incur storage charges, Please let me know how you want this billed and how you intend renew the service agreement post 15 July -12

**I have attached a copy of our old contract which terminated on 15th July 2012 for your records**

Finally, based on our telephone conversation with you and Ibrahim we have been told AMD has sorted out the issues in Iraq and our long overdue payments will be cleared in the coming days

We look forward to an update on this issue

Thank you

Regards

Anthony

Anthony Dsouza | Logistics Manager

Global Freight Systems Co. W.L.L. | Kuwait | UAE | Qatar | Iraq | Afghanistan | Djibouti

Tel.: + 965 2431 6530 Ext. 207 | Fax: + 965 2431 6478 | +965 2431 9177 | Mob: +965 97216032
P.O.Box 22389, Safat 13084, Kuwait | Email: anthony@global-freight.net
www.global-freight.net | www.gfsworld.com


On 7/24/11 7:01 PM, "Dan Hobson" <dan.hobson@almorrell.com> wrote:

Anthony,

> Please find attached the signed copy of the contract that received from
> our home office in Salt Lake City, Utah, USA. If you have any questions
> or concerns then please let me know.
>
> V/R,

Dan

*Pearl*