Gary N. Anderson (0088)
R. Christian Hansen (11449)
**HILLYARD ANDERSON & OLSEN, P.C.**
595 South Riverwoods Parkway, Suite 100
Logan, Utah 84321
Telephone:  (435) 752-2610
Facsimile:  (435) 753-8895
gary@hao-law.com
christian@hao-law.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>    Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>    Defendants. | **DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)**<br><br><br><br><br><br>Case No.  1:14-cv-00133-TC<br>Honorable Tena Campbell |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendants Al-Morrell Development, LLC ("AMD"), and Paul A. Morrell (collectively "Defendants") make the following pretrial disclosures:

    **I.   WITNESSES DEFENDANTS EXPECT TO PRESENT**

    1.   Paul A. Morrell

    **II.   WITNESSES DEFENDANTS MAY CALL IF THE NEED ARISES**

1. Martin F. Petersen

2. Anthony Dsouza

### III. DOCUMENTS OR OTHER EXHIBITS DEFENDANTS EXPECT TO OFFER

1. Assets Sale Agreement (AMD 0022 to AMD 0025);

2. E-mail chain dated December 31, 2011 (AMD 0012 to AMD 0015);

3. E-mail from Tolly J. DiCosmo to Alan Morrell and others dated May 27, 2011 (AMD 0005);

4. Service Provider Agreement between AMD and Global Freight; and

5. AMD Transaction Detail by Account January through June 2012 (AMD 0183).

### IV. DOCUMENTS OR OTHER EXHIBITS MAY OFFER IF THE NEED ARISES

1. E-mail from Paul Morrell to Phil Morrell dated November 6, 2011 (AMD 0009 to AMD 0011);

2. E-mail from Paul Morrell to Tolly DiCosmo dated January 6, 2012 (AMD 0018);

3. E-mail from Paul Nelson to Anthony Dsouza dated August 10, 2012 (Deposition Exhibit 23);

4. E-mail from Alan Morrell to mohanj@global-freight.net dated November 12, 2012 (Deposition Exhibit 24);

5. Western Union Wire Transfer and Invoices dated December 12, 2011 (AMD 0042 to AMD 0059);

6. Western Union Wire Transfer and Invoices dated November 2, 2011 (AMD 0060 to AMD 0063);

7. Western Union Wire Transfer and Invoices dated October 26, 2011 (AMD 0072 to AMD 0087);

8. Western Union Wire Transfer and Invoices dated October 13, 2011 (AMD 0088 to AMD 0097);

9. Western Union Wire Transfer and Invoices dated September 30, 2011 (AMD 0098 to AMD 0117);

10. Western Union Wire Transfer and Invoices dated September 19, 2011 (AMD 0118 to AMD 0146);

11. Western Union Wire Transfer and Invoices dated August 30, 2011 (AMD 0147 to AMD 0177);

12. 30(b)(6) Deposition of Al-Morrell Development, LLC, through: Matin F. Petersen;

13. 30(b)(6) Deposition of Global Freight Systems through Anthony Dsouza; and

14. Deposition of Paul Morrell.

DATED this 4th day of March, 2016.

                HILLYARD, ANDERSON & OLSEN, P.C.

                /s/ R. Christian Hansen
                Gary N. Anderson
                R. Christian Hansen
                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that DEFENDANTS' PRETRIAL DISCLOSURES were sent via e-mail to the following individuals on the 4th day of March, 2016:

**James S. Lowrie**
(JLowrie@joneswaldo.com)
**George W. Pratt**
(GPratt@joneswaldo.com)
**Jessica P. Wilde**
(JWilde@joneswaldo.com)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101

ATTORNEYS FOR PLAINTIFFS

                                              /s/ R. Christian Hansen