James S. Lowrie (USB #2007)
Jessica P. Wilde (USB #11801)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
*jlowrie@joneswaldo.com*
*jwilde@joneswaldo.com*

*Attorneys for Plaintiff Global Freight Systems Co. W.L.L.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>Defendants. | **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)**<br><br>Case No. 1:14-cv-00133-TC<br><br>Honorable Tena Campbell |

Plaintiff Global Freight Systems Co. W.L.L. (Global Freight) objects to Defendants' Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3), served by defendants Al-Morrell Development, LLC and Paul A. Morrell (Defendants) on March 4, 2016, in connection with the upcoming trial in this case.

## I. WITNESSES

Global Freight has no objection to the witnesses that Defendants will or may call at trial. However, Global Freight objects to Defendants' use of depositions for individuals who are available to testify in court.

1226178.1

## II.   DOCUMENTS

Global Freight has identified a number of exhibits for which it preserves its right to object at trial, but Global Freight may not object in the event its potential objections to foundation, authentication, relevance, incompleteness, and hearsay, are satisfied by the testimony of trial witnesses.  Global Freight also reserves the right to hereafter object to any of Defendants' listed exhibits under Rules 402 and 403 of the Federal Rules of Evidence.

| Document Description | Bates No./Location | Objection |
|---|---|---|
| AMD Transaction Detail by Account January through June 2012 | AMD 0183 | Foundation; Hearsay |
| Email from Paul Morrell to Phil Morrell dated November 6, 2011 | AMD 0009-11 | Relevance |
| Email from Paul Morrell to Tolly DiCosmo dated January 6, 2012 | AMD 0018 | Foundation; Relevance |
| Email from Paul Nelson to Anthony Dsouza dated August 10, 2012 | Deposition Exhibit 23 | Foundation |
| Email from Alan Morrell to mohanj@global-freight.net dated November 12, 2012 | Deposition Exhibit 24 | Foundation; Relevance; Hearsay |
| All Western Union Wire Transfer and Invoices dated December 12, 2011; November 2, 2011; October 26, 2011; October 13, 2011; September 30, 2011; September 19, 2011; August 30, 2011 | AMD 0042-59; 60-63; 72-87; 88-97; 98-117; 118-146; 147-177 | Foundation |

DATED this 18th day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ James S. Lowrie
　　　　　　　　　　　　　　　　　　　　　　James S. Lowrie
　　　　　　　　　　　　　　　　　　　　　　Jessica P. Wilde
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Global Freight Systems Co. W.L.L.

1226178.1

## ELECTRONIC CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March, 2016, I caused the foregoing **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)** to be served, via electronic filing, on the following:

>Gary Anderson
>Christian Hansen
>595 South Riverwoods Parkway, Suite 100
>Logan, Utah 84321
>gary@hao-law.com
>christian@hao-law.com

*/s/ James S. Lowrie*

1226178.1