Gary N. Anderson (0088)
R. Christian Hansen (11449)
**HILLYARD ANDERSON & OLSEN, P.C.**
595 South Riverwoods Parkway, Suite 100
Logan, Utah 84321
Telephone:  (435) 752-2610
Facsimile:  (435) 753-8895
gary@hao-law.com
christian@hao-law.com

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>    Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>    Defendants. | **DEFENDANTS' OBJECTIONS TO PLAINTIFF GLOBAL FREIGHT SYSTEMS CO. W.L.L.'S PRETRIAL DISCLOSURES**<br><br><br><br>Case No.  1:14-cv-00133-TC<br>Honorable Tena Campbell |

COMES NOW Defendants Al-Morrell Development, L.L.C. ("AMD") and Paul A. Morrell ("Mr. Morrell") (collectively referred to as "Defendants"), and submit the following objections to Plaintiff Global Freight Systems Co. W.L.L.'s ("Global Freight") Pretrial Disclosures filed with the Court and served upon counsel for the Defendants on March 11, 2016.

## I.  WITNESSES

Global Freight states it may call Martin Petersen by deposition, but does not cite specifically what deposition testimony of Mr. Petersen they will use at trial.  Defendants object to this designation, for it is doubtful that all of Mr. Petersen's deposition testimony will be of use to the Court or relevant to the issues to be tried. Designation of Mr. Petersen's deposition in its entirety places an undue burden on Defendants to the extent it requires Defendants to assert objections throughout the deposition, including to testimony that Global Freight will not use at trial.  Defendants anticipate that Global Freight will offer more specific citations to, or excerpts from, Mr. Petersen's deposition during trial.  Defendants reserve the right to assert any objections at that time.  Until such time, Defendants object Mr. Petersen's testimony by deposition in its entirety upon all available grounds for exclusion.  Defendants do not object to the other witnesses designated by Global Freight.

## II.  EXHIBITS

A.  Exhibits Global Freight expects to offer at trial

| Ex. No. | Document Description | Bates No./Identification | Objection |
|---|---|---|---|
| P1 | Service Provider Agreement | GFS Genoa Gama 00012-17 (Depo Ex. 7) | None |
| P2 | Global Freight Invoices | GFS Genoa Gama 00069, 00001, 00005-10, 00067-68, 00002-4, 00011, 00020, 00018-19, 00021-22 | Foundation |
| P3 | Summary of Invoices | GFS Genoa Gama 00059 | Foundation |
| P4 | June 27, 2012 – July 27, 2012 Emails between Corey Larsen and Anthony Dsouza | GFS Genoa Gama 00023-25 | Relevance |
| P5 | April 11, 2012 – June 27, 2012 Emails between Anthony Dsouza and Al-Morrell Development | GFS Genoa Gama 00026- | Relevance |

| | | 34 | |
|---|---|---|---|
| P6 | December 10, 2012 Email from Paul Morrell to Richard Altman | GFS Genoa Gama 00130 (Depo Ex. 11) | None |

B.  Exhibits Global Freight may offer at trial

| Ex. No. | Document Description | Bates No./Identification | Objection |
|---|---|---|---|
| P7 | Video re: Entrepreneur of the Year | | Foundation; Relevance |
| P8 | Assets Sales Agreement | AMD 0022-25 (Depo Ex. 3) & Excel spreadsheet produced by Defendants on 8/7/2015 | None |
| P9 | Federation of Iraqi Chambers of Commerce Reservation of a Commercial Name | AMD 0026-30 | Foundation; Authentication |
| P10 | Investment License for Oasis Water International Co. | GFS Genoa Gama 00116, 122, 136 | Foundation; Hearsay; Authentication |
| P11 | Defendants' Responses to Plaintiff Global Freight Systems Co. W.L.L.'s Request for Production of Documents and 8/7/2015 Certificate of Mailing | | None |
| P12 | August 7, 2015 Letter from Christian Hansen to Jessica Wilde | | Relevance |
| P13 | Registered Principals of Al-Morrell Development as of 8/29/2014 and Articles of Organization of Al-Morrell Development | Depo Ex. 15 | Foundation and Authentication as to Registered Principals of Al-Morrell Development as of 8/29/14. None as to Articles of Organization of Al-Morrell Development |
| P14 | Utah Department of Commerce Listing for Al-Morrell Development | GFS00168 | Foundation; Hearsay; Authentication |

3

| | | | |
|---|---|---|---|
| P15 | Amendment of Articles of Organization for Al-Morrell Development | GFS Genoa Gama 00128-129 (Depo Ex. 8) | Relevance |
| P16 | Deseret News Article: "Entrepreneur of the Year finalist: Paul Morell, Al-Morrell Development" | GFS Genoa Gama 00138-139 | Foundation; Hearsay; Relevance |
| P17 | Morrell International website pages | GFS Genoa Gama 00141-146 | Foundation; Hearsay; Relevance |
| P18 | Al-Morrell Development Purchase Orders | GFS 00181-184 | Foundation; Hearsay |
| P19 | November 9, 2012 Letter to Paul Morrell | GFS Genoa Gama 00053-54 | Foundation; Hearsay |
| P20 | January 3, 2012 Email from Paul Morrell to Phil Morrell | AMD 0014 - 15 (Depo Ex. 6) | None |
| P21 | November 12, 2012 Emails between Mohan Janardhan and Alan Morrell | AMD 0178-182 (Depo Ex. 5) | None |
| P22 | December 31, 2011 Emails between Paul Morrell and George Flint, info@saiflaw.com, essam@alessamgroup.com, salahosseiran@bpcholding.com | AMD 0012-13 (Depo Ex. 4) | None |

Notwithstanding the foregoing, Defendants reserve the right to object to any exhibit on the grounds of relevance under Fed. R. Evid. 402 or 403 at the appropriate time. Fed. R. Civ. P. 26(a)(3)(B).

DATED this 25th day of March, 2016.

Respectfully submitted,

HILLYARD, ANDERSON & OLSEN, P.C.

/s/ R. Christian Hansen
Gary N. Anderson
R. Christian Hansen
ATTORNEYS FOR DEFENDANTS

4

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of March, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James S. Lowrie
George W. Pratt
Jessica P. Wilde
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101

ATTORNEYS FOR PLAINTIFFS

                                                          /s/ R. Christian Hansen