Gary N. Anderson (0088)
R. Christian Hansen (11449)
**HILLYARD ANDERSON & OLSEN, P.C.**
595 South Riverwoods Parkway, Suite 100
Logan, Utah 84321
Telephone:  (435) 752-2610
Facsimile:  (435) 753-8895
gary@hao-law.com
christian@hao-law.com

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>    Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>    Defendants. | **DEFENDANTS' SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)**<br><br><br><br>Case No.  1:14-cv-00133-TC<br>Honorable Tena Campbell |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendants Al-Morrell Development, LLC ("AMD"), and Paul A. Morrell (collectively "Defendants") supplement their pretrial disclosures made March 4, 2016.  Defendants are supplementing their pretrial disclosures pursuant to an agreement with counsel for Plaintiff, Global Freight Systems Co. W.L.L.:

**I.     DOCUMENTS OR OTHER EXHIBITS DEFENDANTS MAY OFFER IF THE NEED ARISES**

1. Copy of Fixed Asset Schedule dated November 30, 2011, and produced to counsel for Global Freight on August 7, 2015.

2. Plaintiff Global Freight Systems Co. W.L.L.'s Responses to Defendants' First Request for Production of Documents date June 5, 2015.

3. Plaintiff Global Freight Systems Co. W.L.L.'s Answers to Defendants' First Interrogatories to Global Freight Systems Co. W.L.L. date June 5, 2015.

DATED this 25th day of March, 2016.

                          HILLYARD, ANDERSON & OLSEN, P.C.

                          /s/ R. Christian Hansen
                          Gary N. Anderson
                          R. Christian Hansen
                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that DEFENDANTS' SUPPLEMENTAL PRETRIAL DISCLOSURES were sent via e-mail to the following individuals on the 25th day of March, 2016:

**James S. Lowrie**
(JLowrie@joneswaldo.com)
**George W. Pratt**
(GPratt@joneswaldo.com)
**Jessica P. Wilde**
(JWilde@joneswaldo.com)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101

ATTORNEYS FOR PLAINTIFFS

/s/ R. Christian Hansen