James S. Lowrie (USB #2007)
Jessica P. Wilde (USB #11801)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
*jlowrie@joneswaldo.com*
*jwilde@joneswaldo.com*

*Attorneys for Plaintiff Global Freight Systems Co. W.L.L.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO. W.L.L.; GAMA CENTER; and GENOA PLASTIC INDUSTRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>AL-MORRELL DEVELOPMENT, L.L.C. and PAUL A. MORRELL,<br><br>Defendants. | **ORDER OF DISMISSAL OF UNJUST ENRICHMENT CLAIM AGAINST AL-MORRELL DEVELOPMENT, LLC**<br><br>Case No. 1:14-cv-00133-TC<br><br>Honorable Tena Campbell |

Based on the Stipulated Motion for Entry of Judgment Against Al-Morrell Development, LLC (Docket No. 71), plaintiff Global Freight Systems Co. W.L.L.'s claim for unjust enrichment against defendant Al-Morrell Development, LLC is hereby dismissed without prejudice.

DATED this 11th day of April, 2016.

_____
Honorable Tena Campbell
United States District Court Judge

1227596.1