# Exhibit A

| Ref/Inv # | Invoice Date | Job Date | Due Date | Due Date | KWD | USD | Days Past Due as of 4/11/16 | Pre-Jdmt Int. @ 7% | Days Past Due as of 8/3/16 for Post-Jdmt Int. | Post-Jdmt Int. @ 0.54% | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 111-GLJ-24901 | 10/31/2011 | 10/17/2011 | 11/30/2011 | 10/31/2011 | KWD 2,113.00 | USD 7,657.18 | 1,594 | $ 2,340.79 | 114 | $ | 12.91 |
| 111-GLJ-24901 | 10/31/2011 | 10/31/2011 | 11/30/2011 | 10/31/2011 | KWD 1,439.50 | USD 5,246.76 | 1,594 | $ 1,603.93 | 114 | $ | 8.85 |
| 111-GLJ-24901 | 11/30/2011 | 12/2/2011 | 1/1/2012 | 11/30/2011 | KWD 2,379.75 | USD 8,571.04 | 1,562 | $ 2,567.55 | 114 | $ | 14.46 |
| 111-GLJ-24901 | 11/30/2011 | 12/3/2011 | 1/9/2012 | 11/30/2011 | KWD 6,000.00 | USD 21,609.90 | 1,554 | $ 6,440.34 | 114 | $ | 36.45 |
| 111-GLJ-24901 | 12/10/2011 | 12/3/2011 | 1/9/2012 | 12/10/2011 | KWD 3,600.00 | USD 12,969.20 | 1,554 | $ 3,865.18 | 114 | $ | 21.87 |
| 118-INV-20141010034 | 1/10/2012 | 1/10/2012 | 2/9/2012 | 1/10/2012 | KWD 3,686.75 | USD 13,187.20 | 1,523 | $ 3,851.75 | 114 | $ | 22.24 |
| 118-INV-20141010383 | 1/31/2012 | 1/31/2012 | 3/1/2012 | 1/31/2012 | KWD 952.00 | USD 3,422.49 | 1,502 | $ 985.86 | 114 | $ | 5.77 |
| 118-INV-20241010403 | 2/29/2012 | 2/29/2012 | 3/30/2012 | 2/29/2012 | KWD 200.00 | USD 720.20 | 1,473 | $ 203.45 | 114 | $ | 1.21 |
| 118-INV-20341010446 | 3/31/2012 | 2/22/2012 | 4/30/2012 | 3/31/2012 | KWD 321.75 | USD 1,156.67 | 1,442 | $ 319.87 | 114 | $ | 1.95 |
| 118-INV-20441010469 | 4/28/2012 | 4/28/2012 | 5/28/2012 | 4/28/2012 | KWD 142.50 | USD 511.89 | 1,414 | $ 138.81 | 114 | $ | 0.86 |
| 118-INV-20541010456 | 5/30/2012 | 5/30/2012 | 6/29/2012 | 5/30/2012 | KWD 142.50 | USD 507.64 | 1,382 | $ 134.55 | 114 | $ | 0.86 |
| 111-GLJ-24901 | 10/31/2011 | 10/31/2011 | 11/30/2011 | 10/31/2011 | KWD 659.43 | USD 2,385.00 | 1,594 | $ 729.09 | 114 | $ | 4.02 |
| 118-INV-20141010033 | 1/10/2012 | 1/10/2012 | 2/9/2012 | 1/10/2012 | KWD 1,536.44 | USD 5,460.00 | 1,523 | $ 1,594.77 | 114 | $ | 9.21 |
| 118-INV-20141010378 | 1/31/2012 | 1/9/2012 | 2/8/2012 | 1/31/2012 | KWD 6,902.73 | USD 24,635.00 | 1,524 | $ 7,200.17 | 114 | $ | 41.55 |
| 118-INV-20141010382 | 1/31/2012 | 1/14/2012 | 2/13/2012 | 1/31/2012 | KWD 4,897.90 | USD 17,480.00 | 1,519 | $ 5,092.19 | 114 | $ | 29.48 |
| 118-INV-20241010348 | 2/27/2012 | 2/9/2012 | 3/28/2012 | 2/27/2012 | KWD 5,529.16 | USD 19,747.00 | 1,475 | $ 5,585.97 | 114 | $ | 33.30 |
| 118-INV-20241010355 | 2/27/2012 | 2/19/2012 | 3/28/2012 | 2/27/2012 | KWD 3,864.00 | USD 13,800.00 | 1,475 | $ 3,903.70 | 114 | $ | 23.27 |
| 118-INV-20341010414 | 3/29/2012 | 3/29/2012 | 4/28/2012 | 3/29/2012 | KWD 524.44 | USD 1,875.00 | 1,444 | $ 519.25 | 114 | $ | 3.16 |
| 118-INV-20341010447 | 3/31/2012 | 2/22/2012 | 4/30/2012 | 3/31/2012 | KWD 24,737.16 | USD 87,970.00 | 1,442 | $ 24,327.92 | 114 | $ | 148.37 |
| Attorney Fee Award | | | | 4/11/2016 | | USD 64,716.16 | 0 | $ - | 114 | $ | 109.15 |
| | | | | | TOTALS: | $313,628.33 | | $ 46,557.97 | | $ | 528.96 |