James S. Lowrie (USB #2007)
Jessica P. Wilde (USB #11801)
JONES WALDO HOLBROOK & McDONOUGH PC
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
*jlowrie@joneswaldo.com*
*jwilde@joneswaldo.com*

*Attorneys for Plaintiff Global Freight Systems Co. W.L.L.*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| GLOBAL FREIGHT SYSTEMS CO., W.L.L., et al., <br><br>   Plaintiffs, <br><br> vs. <br><br> AL-MORRELL DEVELOPMENT, L.L.C., and PAUL A. MORRELL, <br><br>   Defendants. | **JUDGMENT AGAINST PAUL A. MORRELL** <br><br><br> Case No. 1:14-cv-133-TC |

Based on the Court's Order and Memorandum Decision dated June 29, 2016, awarding plaintiff Global Freight Systems Co. W.L.L. (Global Freight) summary judgment against defendant Paul A. Morrell, by which the Court held that Mr. Morrell is personally liable for the judgment previously entered against defendant Al-Morrell Development, LLC, (see Docket No. 78), and the Court's granting of Global Freight's motion for entry of a final judgment against Mr. Morrell (see Docket No. 83),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Judgment is entered against Paul A. Morrell, in favor of Global Freight, in the amount of $360,478.09, plus post-judgment interest at the rate authorized by law.

DATED this 3rd day of October, 2016.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
U.S. District Court Judge